FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 12 2006

JAMES N. HATTEN, Clerk
By: *JKPinckney*, Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06-CR-147 |
| | ) | |
| | ) | ATLANTA, GEORGIA |
| | ) | SEPTEMBER 22, 2006 |
| V. | ) | |
| | ) | |
| EHSANUL ISLAM SADEQUEE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

TRANSCRIPT OF DETENTION HEARING
BEFORE THE HONORABLE GERRILYN G. BRILL,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES OF COUNSEL:

FOR THE GOVERNMENT:  DAVID E. NAHMIAS
    ROBERT C. MCBURNEY
    KATHERINE MONAHAN
    ALEXIS L. COLLINS

FOR THE DEFENDANT SADEQUEE:  DONALD F. SAMUEL
    STEPHANIE A. KEARNS

COURT REPORTER:  ANDY ASHLEY
    1949 U. S. COURTHOUSE
    ATLANTA, GEORGIA  30303-3361
    (404) 215-1478

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT PRODUCED BY COMPUTER.