AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | |
| EHSANUL ISLAM SADEQUEE | CASE NO. 1:06-CR-147-2-CC |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest EHSANUL ISLAM SADEQUEE and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to injure persons in a foreign country

in violation of **Title 18, United States Code, Section(s) 2339B(a)((1) and 2**

LUTHER D. THOMAS
Name of Issuing Officer

Lavonia Wade-Childs
Signature of Issuing Officer

AUSA Robert McBurney

Bail Fixed at $_____

Clerk, U.S. District Court
Title of Issuing Officer

July 25, 2006 at Atlanta, Georgia
Date and Location

By:_____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
FEB 05 2007
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Arrested by FBI E/NY

Date Received: _____

Date of Arrest: 8/7/06

# 15240-006

Name and Title of Arresting Officer

Signature of Arresting Officer
by: Ahorn Benton
USMS N/GA