```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF GEORGIA
 2                          ATLANTA DIVISION

 3     UNITED STATES OF AMERICA          )
                                         )
 4                    Plaintiff,         )      CRIMINAL ACTION FILE
                                         )      NO. 1:06-CR-147-WSD-2
 5     v.                                )
                                         )      ATLANTA, GEORGIA
 6     EHSANUL ISLAM SADEQUEE (2)        )
                                         )
 7                    Defendants.        )
       _____)

 8

 9                      TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE WILLIAM S. DUFFEY, JR.,
10                   UNITED STATES DISTRICT JUDGE

11         EXCERPT -- DAUBERT HEARING RE:  FAWAZ A. GERGES
                        Thursday, July 16, 2009
12


13
       APPEARANCES OF COUNSEL:
14
       For the Plaintiff:          OFFICE OF THE U.S. ATTORNEY
15                                 (By:  Robert C. McBurney
                                         Christopher Bly)
16
                                   U.S. DEPARTMENT OF JUSTICE
17                                 (By:  Alexis L. Collins)

18     For the Defendant:          GARLAND SAMUEL & LOEB
                                   (By:  Donald Franklin Samuel)
19
                                   Khurrum B. Wahid
20


21
              Proceedings recorded by mechanical stenography
22               and computer-aided transcript produced by
                      NICHOLAS A. MARRONE, RMR, CRR
23                       1714 U. S. Courthouse
                         75 Spring Street, S.W.
24                        Atlanta, GA  30303
                           (404) 215-1486
25
```

1                          I N D E X

2      *Witness*                                    *Page*

3      FAWAZ A. GERGES
            Direct (By Mr. Wahid)                   5
4           Cross (By Mr. McBurney)                 57
            Redirect (By Mr. Wahid)                 93
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                   Thursday Morning Session

2                       July 16, 2009

3                        9:54 a.m.

4                        -- -- --

5                 P R O C E E D I N G S

6                        -- -- --

7      (In open court:)

8      THE COURT:  Good morning.  This is the pretrial

9 conference in the United States v. Sadequee, which is

10 Criminal Action No. 06-CR-147.

11      Would counsel please announce their appearances?

12      MR. McBURNEY:  Robert McBurney, Christopher Bly and

13 Alexis Collins for the United States.

14      MR. SAMUEL:  Don Samuel for Mr. Sadequee.

15      MR. WAHID:  Khurrum Wahid for Mr. Sadequee.

16      THE COURT:  Good morning, and good morning,

17 Mr. Sadequee.

18      There are a number of matters to take up.  First

19 are some motions that have been filed, and I wanted to begin,

20 as I have told the lawyers, with the government's motion for

21 *Daubert* hearing.

22      If I could frame the hearing, as I have already

23 done for the lawyers, I would like to do it this way.

24      That, first, my understanding, Mr. Wahid, is that

25 you had previously considered other experts, but that -- and

specifically Dr. Abbas, Mr. Fuller and Mr. Khan, but that you

have now identified only Dr. Gerges as an expert.

And you are not committing to call him, but if any

expert testifies, that it would be Dr. Gerges.  Is my

understanding of that correct?

MR. WAHID:  That's correct.

THE COURT:  The motion that the government has

filed is not a traditional *Daubert* motion, because ordinarily

the specific opinions that are going to be offered by the

expert then become the subject of the hearing itself.

The government here has asked for a hearing so that

there can be a clear articulation by Dr. Gerges of the

opinions, one or more, that he intends to offer, and then the

government would like to know what the basis is for each of

those opinions.

And so I thought that the structure of the hearing

ought to be to have Dr. Gerges state specifically the

opinions he may offer at trial, and then for each one to give

his basis for it, and then we will allow the government to

cross-examine him on those.

MR. WAHID:  Excellent.

THE COURT:  All right.  So let's begin with that

part of the hearing.

MR. WAHID:  May we begin?

Mr. Sadequee would call Professor Fawaz Gerges to

1  the stand.

2                          -- -- --

3                      FAWAZ A. GERGES

4  being first duly sworn by the Courtroom Deputy, testifies and

5                      says as follows:

6                          -- -- --

7                   DIRECT EXAMINATION

8  BY MR. WAHID:

9  Q.   Good morning.  Can you state your name and spell your

10  name?

11  A.   My first name is Fawaz, F-a-w-a-z, and my last name is

12  Gerges, G-e-r-g-e-s.

13  Q.   Where do you currently work?

14  A.   I hold a Chair and Professorship in International

15  Affairs and Middle Eastern Politics, Arab-Muslim Politics at

16  Sarah Lawrence Collge in New York, a liberal arts college in

17  New York.

18  Q.   And how long have you been a professor there?

19  A.   I have been at Sarah Lawrence since 1996.

20  Q.   Have you taught at any other institutions?

21  A.   I have taught at Oxford, Harvard, Columbia, and I also

22  was a visiting professor at Princeton University as well.

23  Q.   What subject matter do you teach?

24  A.   Well, I have taught courses on political Islam, the many

25  faces of political Islam.  I have taught courses on America's

relations with the Arab and Muslim world.  I have taught

courses on the relations between the Colonial powers and the

Muslim world.  I have taught courses on the top leaders of

the Islamist and the Jihadist Movements, and I have also

taught courses on the making of the Modern Arab and Muslim

world.

Q.   Coming this fall, where are you going to be teaching?

A.   Well, I have just been appointed to a professorship and

chair at the London School of Economics and Political

Science, and I will be starting my responsibilities in

September 2009.

Q.   And what would you be teaching there?

A.   I will be in charge of supervising graduate doctoral

students in International Relations and Arab and Muslim

Politics and Terrorism and Foreign Policy.

Q.   I am going to just briefly talk about some of the issues

in your CV.  And I don't know if you need a copy of it or if

you have a copy in front of you.

     Do you hold any degrees?

A.   Quite a few.

Q.   Okay.  If you can go through them?

A.   I have Doctorate in the Social Sciences from Oxford

University; that is, History, Politics, Philosophy,

International Relations and Middle Eastern Politics.

     I have a Master's degree from the London School of

Economics in International History.

I have a Master's degree from the University of Southern California in International Relations.  And other degrees as well.

Q.    And have you published any books?

A.    Quite a few.

Q.    All right.

A.    I currently am working on a big book, that is the *Dictionary of the Islamist and Jihadist Movements*, trying to look at the rise of Islamist and Jihadist Movements, and focus on basically the most pivotal factions and groups that we have seen in the last one hundred years, starting with the Muslim Brotherhood in the late 1930s and ending with Al-Qaeda and the various generations that we have seen in the last ten years.

My -- I have three books that -- three major books that relate to what I do on political Islam.  One is called *The Far Enemy:  Why Jihad Want Global*.

And *The Far Enemy:  Why Jihad Went Global*, is really the story of why jihad was internationalized since the mid1990s.  And it was published by Cambridge University Press.

My other book called the *Journey of the Jihadist: Inside Muslim Militancy*, published by Harcourt Press in New York.  And the book itself is a conversational

1  book.  It's based on interviews that I did with the rank and

2  file of the Islamist and Jihadist Movement in the last

3  fifteen years.

4      And I have another related book, it's called *America and*

5  *Political Islam:  Clash of Cultures or Clash of Interests?*

6  published by Cambridge University Press.  And the book itself

7  really you might say turns the table on its head and looks on

8  how Americans, how the American political and intellectual

9  establishment views political Islam, and whether our top

10 leaders -- this book is based on almost one hundred

11 interviews with American policymakers -- whether we view

12 political Islam as an existential threat or whether we view

13 political Islam as basically a clash of interest between we,

14 the United States of America, and Muslim societies.

15 Q.    I know you have written other books, but those are the

16 books pertaining to this topic of the Jihadist or Islamist

17 Movements?

18 A.    Yes.

19 Q.    Have you written any articles on that topic?

20 A.    I have written -- I have lost count of how many articles

21 I have written in the last few years, but let me just mention

22 a few outlets and more than one article.

23     I have published quite a few articles in *The New York*

24 *Times*, *The Washington Post*, *Los Angeles Times*, *The Christian*

25 *Science Monitor, The Baltimore Sun, Al Hayat, Al Jazeera,*

*Foreign Affairs, Foreign Policy,* you name it.

     I do publish quite often and in many outlets, not just in the United States, but in Europe and the Middle East, in several languages as well.

Q.   Do you have any research affiliations, such as were you a Carnegie Scholar?

A.   I have won three major honors in the last few years. That's a MacArthur Fellowship, a Fulbright Fellowship, and a Carnegie Scholarship.  I returned in 2007 from a fifteen-month sabbatical where I'm working on this book on the *Dictionary of Islamist and Jihadist Movements.*

Q.   And where were you residing during that fifteen-month sabbatical?

A.   My base was in Cairo, and of course I was traveling throughout regions.  Because I was conducting interviews with source society leaders, opinion makers, former militants and officials in several countries.

Q.   How often do you go overseas in order to conduct such research and questions of those who are activists or --

A.   Let me answer the question in -- I think if you work on any particular region, whether it's the Middle East or Latin America, I think it's a moral responsibility and intellectual responsibility to spend as much time, as much time -- that is, I take every opportunity, I don't just live, but even when I teach, I take every break I have to go and

interview and visit and listen to the voices in the region.

You cannot teach regional politics while you are sitting even in your ivory tower either at the London School of Economics or at Harvard or at Sarah Lawrence.  So I go quite often.

Q.   And when was the most recent trip you made overseas for that purpose?

A.   I have just returned on the 5th of July from a three-weeks visit to the region.

I was trying to go to Iran and talk to some people at the universities.  I couldn't get a visa from the Middle East.

Q.   Have you conducted any interviews or made any opinions, statements in the media?

A.   Oh, quite a lot.  Unfortunately or fortunately since 9/11, subjects I work on are no longer academic, so I have been privileged to participate in the public debate in the United States.  And between 2001 and 2007, I was the senior analyst for ABC Television, and I have given probably four hundred interviews for CNN and ABC and NPR and Al Jazeera and various public television and radio.

Q.   This is your curriculum vitae?

A.   Yes.

MR. WAHID:  At this point, Your Honor, I move to introduce Defendant's Exhibit 1, the curriculum vitae.

1          THE COURT:  Any objection?

2          MR. McBURNEY:  Not for the purposes of this

3    hearing.

4          THE COURT:  It's admitted.

5          MR. WAHID:  I believe there is a courtesy copy at

6    the Court's desk.

7          THE COURT:  Thank you.

8          MR. WAHID:  Judge, I believe that the state's

9    motion was mostly a Rule 16 motion, so I'm going to ask, if

10   it's okay, at this point that we, based upon the fact that I

11   have submitted the curriculum vitae, that I dispense with

12   more background and we move into his opinions?

13         THE COURT:  I think that makes sense.

14         MR. WAHID:  All right.

15         THE COURT:  Is there any objection from the

16   government to doing that?

17         MR. McBURNEY:  No, sir.

18         THE COURT:  All right.

19   BY MR. WAHID:

20   Q.   So, Professor, I'm going to now ask you about your

21   opinions.  But before I get into that, let me ask you what

22   methodology do you use in order to derive the opinions you

23   ultimately set forth in your publications?

24   A.   Well, if you are trained as a graduate student in any of

25   the, I mean, top universities, your methodology as a source

1  scientist is very simple:  Comparative analysis and

2  methodology.

3      That is, comparative, you have to compare and compare

4  and contrast and contrast.  And also I think as a graduate

5  student you are taught one single piece of information, and

6  that is primary data, primary information.

7      And what I mean by primary data and primary information

8  is not just one interview or two interviews or four

9  interviews or ten interviews.  Multiple interviews, multiple

10  interviews with different points of views, with different

11  elements.

12      And also you compare those multiple points of view with

13  existing evidence, to compare and contrast the reality,

14  whether -- the veracity of those statements.

15      Let me tell you what I do in terms of methodology.  And

16  I don't think there is anything original about this.  I would

17  say most of the students and scholars of history and politics

18  do that.  I have paid a great deal of attention to the fact

19  that we are studying human subjects.

20      I mean, when you say Islamists and jihadists, these are

21  very controversial topics here, and really you cannot do

22  enough, you cannot do enough to understand the nature of this

23  particular social movement.

24      And that's why when I said earlier, I said I really am

25  one of those scholars -- and I could be probably wrong on

this -- I tend to spend a lot of time in the region, I tend
to interview as many people as possible, because of course
there are limits to how many interviews you can do.

I also tend to read the primary sources written by
indigenous scholars, because remember not only here in the
United States we have a great deal of debate on the nature of
the Islamist and Jihadist Movement, but even in that part of
the world there is a great deal of debate.

So I do my interviews with basically the activists
themselves, I read the debates by primary -- by indigenous
scholars, and of course I read the scholarship of my
colleagues.  That is, we have hundreds, if not thousands of
scholars working on the topic.

I compare and contrast my own interviews, what the
activists tell me, with the scholarship by indigenous
scholars, and also by the insight of my own colleagues, and
I spend -- I mean, you know, writing books takes years.  I
mean, on average three, four, five, six years.
And I sift through the evidence.

And of course, at the end of the day, at the end of the
day, you have to make up your mind on those questions that
you ask when you start your journey to do research.
Sometimes you arrive at different conclusions.  Sometimes you
do your own field research.

And that's the beauty of it, the most really fascinating

1  and important findings is when the evidence itself proves

2  your own original argument or narrative wrong.

3      So it's really multiple, multiple outlets and years of

4  research.  But at the end of the day, you could use all the

5  instruments, all the tools in the world, you as a scholar

6  have to really make the final judgments on the big questions

7  that you put on the table.

8  Q.   Can you give an estimate as to, in the area of the

9  Jihadist and Islamist Movements, how many interviews you have

10 conducted?

11 A.   I really can't tell you, because I've been doing

12 research on the subject since the -- I mean, probably on the

13 region since the late 1980s.  I would say probably three

14 hundred interviews, give or take.

15 Q.   And let me ask you --

16 A.   By the way, just those three hundred interviews,

17 probably the good ones, the solid ones, probably less than a

18 hundred.  The rest basically in terms of arguments and

19 academic stuff, not the real stuff.

20 Q.   And how long -- when you say an interview, how long

21 would an interview on average go for?

22 A.   Well, it depends.  I mean, for example, for my book

23 *Journey of the Jihadist*, I really wanted to let those

24 jihadists, who we call jihadists, those who basically use

25 violence against their own governments and also against other

governments as well, I wanted them to tell their story in
their own words, and I wanted really Americans and Western
audiences to have a kind of a glance what really drives this
particular movement.

I followed one particular chap, one of the top leaders
of Egyptian Islamic jihad -- the Egyptian Islamic jihad was
the organization of Ayman al-Zawahiri, Al-Qaeda No. 2.
I followed him and a few lieutenants for six months, and
I spent almost twenty hours with this chap.

Again so really sometimes the first interview, almost
nothing happens.  The second interview, a bit.  You really
have to get to know -- and they have to trust you.  Remember,
the question of trust is very critical here.  We are dealing
with very controversial, very inflammatory elements.

It took me about five months in 1998 when I went to do
the research to really get to know some of those activists.
They don't trust you.  First of all, you are an American.
Secondly, if you are not a Muslim, like myself, it's very
difficult.  Automatically you are CIA, automatically.

After 9/11, I will tell you, anyone who tells you --
because I have been in the field, it's becoming almost
impossible to do really serious interviews even with the
former jihadists and militants because of security.

So really it depends on the context, it depends on the
scholar, it depends on the activist.  Multiple angles go into

1  conducting a particular interview.

2  Q.   In your publications and in the work you have done, are

3  you subjected to peer review?

4  A.   Oh, absolutely.  I mean this is taken for granted.  Not

5  only am I subjected to peer reviews, I mean, I submit my

6  own -- I never submit myself, I just never write a particular

7  piece without sending the piece itself to several

8  scholars.  I mean, that's to improve it.

9       When you publish with Cambridge University Press or

10  Oxford University Press, my book *The Far Enemy* was basically

11  reviewed by five top scholars in the field, that is, in

12  Britain, in France and in the United States.  And you

13  spend -- you have to answer the questions.

14      What peer review means, that means you have to answer

15  the questions and revise your arguments, in particular if

16  they say you have some structural difficulties in your

17  argument.

18  Q.   Have you ever changed your opinion based upon peer

19  review?

20  A.   Of course, absolutely.  This is taken for granted.

21      In fact, it's a privilege to be able to really, I mean,

22  subject -- because you want the work to withstand the test of

23  time.  I mean, this is not about -- those books, remember, we

24  all started working on -- some of us, I'm sorry -- long

25  before Al-Qaeda became a household name.  Al-Qaeda really did

not appear on the scene until the 1990s, in fact, early

1990s.

Some of us scholars, we are educators, and it's

essential, it's critical, that your work really will

withstand the test of time.  Otherwise what you write will

join the heap of history.

Q.    What would you consider yourself an expert on?

A.    I'm really no expert on anything.  In fact, I don't use

the word expert.  I'm sorry, I know here in the courtroom you

use the word expert.  I'm really a student and scholar of

international relations and Arab and Muslim politics, broadly

defined.

That is, I really -- also I am trained as a social

scientist, and I come to the study of the region, what we

call the Greater Middle East, the Arab world and the Muslim

world, from really a social science perspective.  I try to

use my methodology to understand the social movements that we

have been working on in the last fifteen, twenty years.

Q.    Would that expertise, could it be narrowed to cover the

areas of Salafi-Jihad and Islamist Movements?

A.    Well, this is the subject I have been working on since

the 1990s.  This is one element of what I do, that is, what

we refer to as the Salafi dash Jihadi ideology.  This is

really one element within a broader, within a broader

movement called the Islamist Movement or the Jihadist

1   Movement, yes.

2   Q.   I'm now going to ask you a little bit about some of your

3   opinions in that area that we just -- in that topics of

4   Islamist Movements, the Jihadist Movements.

5       Do you think that -- is there a need to know the history

6   of these organizations in order to be able to derive your

7   opinions?

8   A.   Well, there is no other way.  You cannot -- you

9   cannot -- one thing we tell our students, you cannot mutilate

10  history.  You cannot say I'm going to start studying this

11  particular movement in 2001 on Al-Qaeda or let's say when

12  Al-Qaeda was born in the early and mid1990s.

13      And most of the scholarship what you see in the

14  United States is what I call the mutilation of history,

15  talking about Al-Qaeda as if Al-Qaeda was a -- basically you

16  can discuss Al-Qaeda in a vacuum.

17      That is the question, the book, the subject of my book,

18  *The Far Enemy:  Why Jihad Went Global*, was to tell the story

19  of why transnational jihadists like Al-Qaeda had risen in the

20  early 1990s and mid1990s.

21      Because as you see, the reason why this is very

22  important and this is a theoretically important and critical

23  question, because the Jihadist Movement was born in the late

24  1950s, the Jihadist Movement, what we call those

25  Salafi-Jihadi placed on the scene, risen on the scene in the

1  late 1950s.

2  Q.   Now, let me ask you, what is your opinion as to the

3  roots of this movement?

4  A.   Well, I can't -- I mean, this is why it's essential to

5  look at the movement as a whole.  The question for me as a

6  scholar was and is why did -- why did it take -- why did it

7  take almost fifty years, almost forty, fifty years for this

8  particular aspect of jihadism, global jihadism to really

9  become a potent force on the scene.  Why did the movement

10  from its birth in the late 1950s until the 1990s was focused

11  on what we call the near enemy, the near enemy being local

12  Muslim rulers, as opposed to the far enemy, the United States

13  and its allies.

14      That is, from the late 1950s until the early 1990s, the

15  focus of this movement was on the near enemy.  And what

16  I tried to do in the book was to try to understand why the

17  change, why the shift, why the transformation.

18      And I can go into the subject of my book and talk about

19  the roots of why this movement, the Global Jihadist Movement,

20  had risen in the 1990s.

21          THE COURT:  Mr. Wahid, let me remind you the

22  structure I need is to know, consistent with what an expert

23  is permitted to do at trial, what specific opinions they

24  intend to express.  You have tried that twice, and Mr. Gerges

25  I don't think has gotten there yet.

1        But, Mr. Gerges, when you are asked for the

2   opinion, your opinion, you need to state clearly and

3   succinctly what you intend to say at trial.  Because it is my

4   job to evaluate that in the context of what's important so I

5   can make rulings.

6        So while all this is very interesting, it's got to

7   be responsive to his questions.

8   BY MR. WAHID:

9   Q.   Professor, I understand it's a broad topic and you are

10  full of a lot of knowledge, and I'm not -- so what I'm trying

11  to do -- let me phrase it this way.

12       Let's talk about your opinion regarding the formation of

13  these local movements.  That's where I'm going.  So the first

14  question would be if you can define in your mind what is a

15  Salafi-Jihad or Islamist Movement, and are they different?

16  A.   Well, let me state my opinion in a clearer form than I

17  have done.  There are major differences, major qualitative

18  and empirical and theoretical differences between local,

19  local Islamist and Jihadist Movements and transnational

20  movements.

21       It is empirically and theoretically false to lump

22  Al-Qaeda as a transnational organization even not only with

23  Islamist groups, but even with local jihadist groups.  Local

24  jihadist groups are different, qualitatively different than

25  transnational jihadist groups.  And this is a subject that I

have written on extensively.

And so this is one of the opinions I make, one of the statements I make is that you cannot say that this is a movement even.  In fact, when I say the Jihadist Movement, it's not really an accurate statement to say.  There are multiple divisions and cleavages and tensions and contradictions within this particular movement for the Jihadist Movement.

And the basic, the basic divide within this particular movement is between local jihadists or Islamist groups that focus on their own environment and transnationalist groups or factions that focus on fighting the United States and its allies.

Q.   Is it consistent for an individual to be supportive of a group like Al-Qaeda and at the same time supportive of a group like Lashkar-e-Tayyiba, also known as LeT?

A.   Yes, probably.  And we have examples of that.  I mean, a few examples of that.

Q.   Are those two groups, do they have the same agenda and the same goals?

A.   No.  I mean, it's one thing to say that there are individuals and elements from within local groups who basically cross over to Al-Qaeda, to a transnationalist movement, and another thing to say that Lashkar-e-Tayyiba, LeT, is synonymous with Al-Qaeda.  Al-Qaeda is an entirely

1  different beast than the various local groups, including

2  LeT.

3      LeT as a group is basically a radical, a radical

4  militant Islamist Pakistani group that's focused mainly

5  primarily on the Kashmiri conflict, and LeT is, as I fully

6  understand based on the knowledge I have, is basically a tool

7  and an asset of the Pakistani intelligence services, and the

8  Pakistani intelligence services have used and relied on LeT

9  on many occasions since the late 1980s.

10 Q.   And how is that different from Al-Qaeda?

11 A.   Well, Al-Qaeda is a transnational, borderless -- it's a

12 borderless transnational organization.  It does not recognize

13 borders.  It does not really have one particular issue.  It's

14 waging all-out war against the United States and its Western

15 allies and Middle Eastern allies.  While local groups have

16 the very limited agenda, they are limited.

17     The primary focus of LeT is on the Kashmiri conflict;

18 that is, the strategic conflict between Pakistan and India.

19 And that's why, even though you might say there are some

20 individuals who cross over to Al-Qaeda from LeT or other

21 groups, basically the movement itself is a local militant or

22 radical Islamist movement in Pakistan whose focus primarily

23 is on the strategic conflict between India and Pakistan, and

24 that's the disputed area of Kashmir.

25 Q.   Have there been any conflicts between the local groups

such as LeT and the transnational groups such as Al-Qaeda?

A.     Well, let me answer it -- and I know, Your Honor, you

asked me to be very specific.  I mean, I think what you need

to understand here is that there has been more than a

conflict between local jihadist groups and Al-Qaeda.

In fact, I talk about a civil -- since you are asking me

my opinion, there has been a civil war taking place between

local jihadist groups and Al-Qaeda since the late 1990s, long

before 9/11.  And that's the subject of some of the writings

I have done and the research I have done.

And this particular civil war that has been taking place

has not received any critical inquiry in the

United States.  There has been a great deal of conflict, and

in the case of LeT, according to some credible sources, in

fact some of the top leaders of Al-Qaeda are extremely cross

with the leader of LeT, Mr. Sayyid, who basically according

to those Al-Qaeda leaders helped the Pakistani government in

2002, the intelligence services to deliver Abu Zubayada, one

of the top Al-Qaeda field lieutenants to the Pakistani

security service.

That is, how credible this particular information, do we

have solid evidence?  No, I do not have solid evidence.  We

have one major credible source that says the Al-Qaeda

leadership is extremely angry with Sayyid for basically

helping the Pakistani intelligence services deliver

1   Abu Zubayada to the Pakistani government, and indirectly it

2   was, because Abu Zubayada now is in our custody and he played

3   a key role in the attacks on the United States on 9/11.

4   Q.   So would it be fair to say that the Salafi-Jihadist

5   and/or Islamist Movements are not monolithic, they are not

6   all one philosophical position?

7   A.   Not at all.  I mean, I think that's an accurate

8   statement.

9        This is not to say that the Salafi-Jihadi Movement

10  regards -- that's not the question.  No, it's not a monolith

11  and there are some major differences and distinctions, both

12  empirically and theoretically and policy-wise.  The worst

13  thing you could do is lump those, the local jihadist movement

14  with transnational jihadist movement, even though in some

15  cases the lines have become blurred in the last few years.

16  Q.   You would agree that some members of the local jihadist

17  groups, such as LeT, have at some point gone on to become

18  transnational jihadists?

19  A.   Yes.  I mean, in terms of Jaish-e-Mohammed, you have

20  many members who cross over to Al-Qaeda and they are part of

21  the same camp, they are fighting the Pakistani government and

22  the American and coalition forces in Afghanistan.

23  Q.   I'm going to come back and ask you a little bit more

24  about who the local groups are, so we will come back to

25  that.

1    I was asking about whether it's monolithic, and you said

2  no, that it would be a mistake to consider it monolithic?

3  A.   Empirically false.

4  Q.   Why?

5  A.   Because there are differences in terms ideology, in

6  terms of tactics, and in terms of strategy.  And those --

7  Q.   Let's go piece by piece.  What are some of the

8  differences in ideology?

9  A.   Well, the ideology -- let's take Lashkar-e-Tayyiba, for

10  example.  If you read the literature of Lashkar-e-Tayyiba, if

11  you talk to the scholars who work on Lashkar-e-Tayyiba -- and

12  I will name two of the top scholars in the field,

13  Dr. Hassan Abbas at Harvard and Kamran Bokhari who works for

14  the Canadian intelligence services, and they are both in

15  Pakistan now doing research.

16    Even though if you read their literature it's full of

17  inflammatory rhetoric against the United States and the West,

18  but their ideology is very straightforward.  Their ideology

19  is limited.  Their enemy, their major target is basically the

20  Indian government and the Indian authorities who in their

21  eyes basically occupy the disputed area of Kashmir.

22    The primary target, the primary ideology of LeT is not

23  to wage a global jihad against the United States and its

24  enemies as Al-Qaeda has been doing since the mid to late

25  1990s, but rather to wage war against the Indian government

1    that is occupying, quote-unquote, the disputed area in

2    Kashmir.

3         But when I say, sir, that LeT has engaged in some

4    horrible actions in order to force India to leave the

5    disputed area in Kashmir, this is in terms of ideology.

6         In terms of tactics, for example, I mean, Al-Qaeda's

7    tactics --

8    Q.   Before you go to the ideology.  So from an ideological

9    perspective, you are saying the local groups and the

10   transnational groups have fundamentally different goals of

11   what they are trying to achieve?

12   A.   Yes, it's a fundamental philosophical difference; that

13   is, Al-Qaeda is waging all-out war against the United States

14   of America.  That is the target of Al-Qaeda.  The theater of

15   Al-Qaeda is the world; that is, there are no, I mean,

16   sovereignty, no borders.  It's an unlimited conflict.

17        LeT, basically the primary -- I mean, the philosophy of

18   the organization, the organization was born in order to

19   basically liberate the disputed area of Kashmir.

20   Q.   And when you earlier said there has been civil war going

21   on since I think you said the '90s, are you talking about

22   regarding the ideology, there is different -- these competing

23   ideologies have been at war?

24   A.   Well, it's a very difficult really question to answer in

25   the sense -- let me, if I may, clarify it a bit.  Because

I think the basic difference, the basic difference between
local jihadists and transnational jihadists is that Al-Qaeda
basically is a reckless organization and whose attacks on the
United States have endangered the very survival of the
Islamist Movement.

So the philosophical, the major philosophical difference
is that the United States, the far enemy, should have never
been attacked in the first place; that is, taking on the
United States was catastrophic not only to the Islamist and
Jihadist Movement, but also to the Muslim community, the
Muslim ummah at large.  So this is really the basic divide.

Q.   So the local groups are, to put it in my terms, not
happy with the fact that Al-Qaeda attacked the United States,
and that is one of the sources of conflict?

A.   Major, major conflict.  Not only are they not happy, but
since 9/11 in particular you have some of the top leaders of
the local Jihadist Movement have taken Al-Qaeda on, and they
have criticized, vehemently criticized Al-Qaeda for the
damage that Al-Qaeda has inflicted on both the Islamist
Movement and the Muslim Movement.

Q.   And how are they criticized, in what way?   Both what
did they say and how did they communicate that publicly?

A.   Well, you have dozens of books now, you have dozens of
books or manifestos written by former what I call repentant
local jihadists, some of the top leaders.

1    You have dozens of articles written in the leading Arab

2  press.

3    You have interviews.  Some of the top leaders of the

4  local jihadist groups have given interviews.  I mean, this is

5  not just in terms of -- I'm not talking about the web

6  stuff.  I'm talking about big, I mean, stories and big, great

7  unfolding debates on the top pages in the Arab world and the

8  Muslim world and on Al Jazeera and television stations.

9  Q.   So let me ask you about a specific individual.

10 Shaykh Abu Muhammad al-Maqdisi, have you heard of him?

11 A.   Yes.

12 Q.   Is he one of those individuals who has changed their

13 view from being pro-Al-Qaeda to now being not pro-Al-Qaeda?

14 A.   Well, what happened to Shaykh Abu Muhammad al-Maqdisi,

15 he is seen -- he was seen as you might say the godfather

16 ideologue of the Salafi-Jihadi Movement.  And in 2004, 2005,

17 according to sources that have access to Shaykh al-Maqdisi,

18 he became fed up with the beastly acts and murders and the

19 suicide bombings perpetrated by the so-called Abu Musab

20 al-Zarqawi.  Abu Musab al-Zarqawi became a disciple of

21 al-Maqdisi in the 19 -- I think late 1980s, 1990s.

22    And Shaykh al-Maqdisi, Abu Muhammad al-Maqdisi, he was

23 released from prison from Jordan -- he was arrested -- and

24 gave a major interview to Al Jazeera satellite television

25 station in which he criticized the tactics and methodology of

1  suicide bombings, of car bombings of Abu Musab al-Zarqawi,

2  the leader of Al-Qaeda in Iraq, and his attacks on civilians,

3  on Shiite civilians.

4      And in that interview, in that major interview he also

5  insinuated that Iraq was the wrong place to wage jihad, that

6  basically it was an inferno.

7      And of course Abu Musab al-Zarqawi responded in probably

8  greater inflammatory terms.  And that particular exchange

9  between al-Maqdisi and Zarqawi also engendered a great debate

10 within the Salafi-Jihad Movement or groups in the region.

11      So, yes, I think you could say that a shift did occur in

12 the thinking of Shaykh Maqdisi regarding the whole notion of

13 suicide bombings and car bombings and also armed conflict,

14 particularly in Iraq.  We are talking about the Iraqi

15 theater.

16 Q.   So if one were to cite to something that Maqdisi said in

17 let's say the mid 1990s or late 1990s as an example of his

18 philosophical position, that may not be accurate in that his

19 position may have changed since then and also been made

20 public?

21 A.   Well, let me put it this way.  I would not dismiss his

22 ideas, the pre2000 I would not dismiss, but I would take into

23 account, I would seriously consider and take into account the

24 shifts and changes that have taken place in his views.

25      That is, you don't have now a new man.  Abu Muhammad

al-Maqdisi is not just basically a newborn liberal

passivist.  That's not the question.  I'm saying that some

major shifts have taken place in his views.

     And any understanding of Abu Muhammad al-Maqdisi in

terms of the big picture, you must take into account

basically his views not just against suicide bombings in

Iraq, but now, I mean, there are some major and new

statements given by Abu Muhammad al-Maqdisi.

     He's become now a critical voice against not just the

Salafi-Jihadi, but against the Salafi, what you call Salafi

extremists in terms --

Q.   I know that we may touch on it at some point, but since

you said it, what is salafi?

A.   Salafi is a term that refers to the earlier ways and

practices of the Prophet Mohammed and his companions.  And

the Salafi Movement now is one of the most powerful movements

in many countries, in many Muslim countries there is.

     And Salafis -- we use the term Salafi-Jihadi -- Salafis

tend to be very nonpolitical, they tend to be passivists.

They are really not only against the use of force, but in

fact they are against the participation in politics.

Q.   Would isolationist be a term used to describe them?

A.   They are really isolationist.  In fact, they won't even

talk to us, they are not really interested at this stage.

     They believe that the conditions of the Muslim community

have deteriorated so much that politics really doesn't matter

anymore.  They must really have a rejuvenation, an awakening

of the Muslim community before they start talking about

politics and about government and what have you.

Q.    Would Maqdisi be considered an Islamic jurisprudence

scholar?

A.    Al-Maqdisi is more of a Salafi-Jihadi cleric and

scholar.  That is, he has a particular community of people

who view -- who read his works.  I mean, he's also one of the

most prolific clerics, not just in terms of --

Q.    And how do they read his works?  What's the mechanism to

be able to read something --

A.    There are two components to the works of Abu Muhammad

al-Maqdisi.  The component of Salafism is that it returns to

the golden age and era of the Prophet Mohammed and his

companion.  And the idea of jihad, the jihad is a pillar, a

pillar that should not be forgotten and dismissed by the

Muslim communities.

So there are really two components to his ideas.  The

idea that Muslims must reclaim the golden age, that is, their

lost golden age, and the idea is that Muslims have

deteriorated because they have forgotten about the

institution of jihad, and the ideas of jihad, the institution

of jihad should be reclaimed in order to bring about a

renewal of the Muslim community.

Q.   And how does he describe the institution of jihad?

A.   Well, again, he believes that -- his ideas really

basically focus on the near enemy.  Remember, Maqdisi is a

Palestinian-Jordanian.

Q.   Near enemy being local?

A.   Yes.  So his basic focus is on the near enemy, that

those dictators are pirates, basically they have bled their

societies dry.  And he believed that it's the duty of every

Muslim, not just in terms to wage war, but rather to really

be committed to investing time and effort and resources in

order to help bring about this renewal, rejuvenation of the

Muslim ummah.

Q.   Is there a difference in the -- strike that.

     What's the approach that scholars such as Maqdisi use in

terms of formulating their opinions, and is there a

consistent approach that they use?  Such as do they rely on

the Quran and the Sunnah and what else?

          THE COURT:  Can I interrupt?  I am so unsure where

this is and what expert opinions are being offered that it's

going to be very hard for me to decide this.

          MR. WAHID:  The expert opinion, Your Honor, is that

there is a --

          THE COURT:  No, I want him to say it.  I haven't --

there is a little bit in there that sounds a little bit like

an expert opinion that we got about twenty minutes ago, and

since then we have been off on every -- on a bunch of

different tangents involving different people.

My job is to understand what the opinions are, and

I'm not sure I understand what the opinions are.

MR. WAHID:  Well, one of the opinions is this

individual Maqdisi, who is referred to -- who will be

referred to at some point in the case.

THE COURT:  Ask him -- this is not your

testimony.  Ask him to state his opinion.

I'm assuming he was brought here understanding that

he is going to be called at a criminal trial -- have you ever

testified at a trial, Mr. Gerges?

THE WITNESS:  No.

THE COURT:  That's probably one of the problems.

At a criminal trial an expert under 702 expresses

an opinion, and that opinion has to be succinct and clear.

And what you are required to do today is have, not

you adopting what you think his opinion is, but to pursuant

to a direct question, because I assume he has been prepared

and understands that he might be called to testify in a real

criminal case in a real United States court and that his

testimony has to comport with the rule regarding expert

testimony.

So why don't we start with asking him those

questions and those opinions that you have told him you are

going to elicit, and let's just have him tell us what his
opinions are.

First, tell me how many are there, and then we can
see how he got to those conclusions.

MR. WAHID:  Do you want me to tell you how many
opinions, or do you want me to ask him what opinions I'm
going to elicit?

THE COURT:  Well, maybe we ought to ask him first
how many opinions he has that he intends to offer in this
case.

MR. WAHID:  All right.

BY MR. WAHID:

Q.  We had discussed, Professor, some categories of opinions
that you are going to render an opinion on.  Do you recall
how many categories there were?

THE COURT:  I don't want categories of
opinions.  I want how many different opinions does he intend
to express.

MR. WAHID:  Well, the answer, Your Honor, would be,
depending on what comes out at trial, potentially
numerous.  But what I am attempting to do is discuss those
categories.  For example, when I'm talking --

THE COURT:  We don't talk about categories of
opinions.  I am here to evaluate whether he may testify as an
expert under the Federal Rules.  I cannot do that unless --

you have to anticipate what you intend to offer him on.

You identified him as an expert. I need to know exactly what his opinions are, and I need to know that now.

BY MR. WAHID:

Q. Regarding Shaykh Maqdisi whom you were already talking about, clearly you have some knowledge about him. As of 2005, was he a -- were his published works at that time and published statements in support of the transnational jihadist agenda?

THE COURT: I'm going to interrupt you. Ask him a direct question to elicit his direct answer to and give me an opinion.

I can't -- I need to hear what he's going to have to say, because I have to evaluate whether or not I'm going to allow it. So you need to ask him with respect to that person, does he have an opinion and, if so, what is it.

BY MR. WAHID:

Q. All right. As to Shaykh Abu Muhammad al-Maqdisi, have you formulated any opinions regarding him?

A. Yes. I think a critical shift has taken place in his views by the end of 2004, 2005. That is, his ideas regarding suicide bombings have changed significantly since 2005.

Q. Regarding the Salafi-Jihadist Movement or the Islamist Movement, do you have any opinion as to the -- as to how and if there is a debate amongst scholars in that community?

A.   My opinion regarding local jihadists and transnational

jihadists is that there are some pivotal differences.  They

are not the same beast, and they are qualitatively and

empirically and operationally different groups and elements.

Q.   Do you have an opinion as to within these groups, is

there debate over tactics?

A.   There is a great debate.  There has been a great debate

over tactics long before 9/11, since 1997 between local

jihadists and transnational jihadists.

Q.   And in your opinion, what are those differences?

A.   The difference is extremely substantive, because local

jihadists are opposed to targeting the United States and its

allies and Western societies and institutions, while

transnational jihadists like Al-Qaeda, their basic target is

the United States and its Western allies.

Q.   Do you have an opinion as to how these groups formulate

or justify their positions, the positions they take on

tactics?

A.   Absolutely.  They both refer to the, I mean, great

repertoire of ideas.  They both quote their own Islamic texts

and Islamic interpretations and clerics and scholars in order

to basically justify and rationalize their ideas.

Q.   And are these rationalizations, these discussions

public?  Is there any access to them?

A.   It is public because it's -- I mean, you are talking

about debates on television, on radio, and also the leading

newspapers in that part of the world.  So, yes, it's a public

debate.  It's a great debate.  It's a debate that has been

taking place since the late 1990s and has intensified after

9/11.

Q.    Do you have any opinion about the discourse in the

online jihadist community?

A.    Yes.

Q.    What's your opinion?

A.    My opinion on it is that you cannot take the online

debate very seriously.

      The online debate -- the web is a double-edge

sword.  It's a double-edge sword.  We refer to it as a

supplement, in order to supplement what we do.  We do not use

it in order to understand the changes and shifts that have

taken place in the movement.

      Because if you really want to understand what's taking

place within the movement, you have to basically read the

thousands and thousands of pages that are basically being

written in the indigenous languages and debated in their

societies.

      I would refer to the web, I would use it when needed,

but only as a tool, not as the tool, as the primary tool in

order to understand the changes and shifts that have taken

place within the Islamist and Jihadist Movement.

1    Q.   Do you have an opinion as to the website Tibyan

2    Publications?

3    A.   I have used it more than once when I don't feel like

4    translating some materials myself.  I use it to basically

5    rely upon translations of some texts.

6    Q.   And what's your opinion of that website?   What's it

7    about?

8    A.   The Tibyan, I mean, you are talking about -- I don't

9    have access to the chat rooms.  I mean, I'm talking about the

10   publications.  It's really more of a you might say

11   marketplace that basically introduce and makes accessible the

12   ideas of what we call the Salafi-Jihadi Movement.

13       But also you have books that deal with questions of

14   multiple subjects, not just in terms of the Salafi-Jihad

15   ideas.  And it's where ideas about how you justify suicide

16   bombings, what the Islamic texts say about it, the question

17   of jihad, and you have some of the top clerics and scholars

18   who write on those subjects.  Some of their books are

19   translated on the website, the publications.

20   Q.   Do you have an opinion as to whether or not the -- this

21   Jihadist Movement would be deemed academic or scholarly?

22   A.   Absolutely.  I mean, most of the debates, I mean, this

23   is -- those debates have to do with the interpretation of

24   Islamic texts and the legitimacy.  I mean, most of the books

25   are not operational books.  Those are books that have to do

with the question of theology, of interpretation of Islamic

texts, and to what extent certain actions are seen

theologically legitimate or not.

So the debates, I mean, if you read a book, four or five

hundred pages, most of it would be on those kind of questions

quoting and citing scholars, whether scholars of

Ibn Taymiyyah and Ibn Kathir, some of the leading scholars,

the clerics used by these movements, and really very few

pages deal with the current conditions.

Q.   Do you have an opinion -- and define the term when you

answer -- do you have an opinion on whether or not these

websites are a discussion point for Fiqh?  Could you define

Fiqh?

A.   Fiqh is a school of thought, it's a tenet of thought.

And, yes, some.

But what we also need to understand is that Tibyan

Publication is a place where the Salafi-Jihadi ideology and

ideas are popularized on it.  So you have really multiple

goals and ideas on that particular -- so you have the people,

the hard-core people who basically use it in order to really

see what's happening within this particular movement, and of

course you have debates about Fiqh or school of thought in

Islamic law and Islamic texts.

Q.   Do you have an opinion as to the -- as to the scope --

as to the scope of that debate regarding violent jihad?

A.   Well, on the whole, I think the Salafi-Jihad ideology rationalizes and justifies the concept of jihad, the concept of the armed struggle in particular in certain contexts, in certain situations.

     So I would say, yes, I mean, I think on the whole the consensus, the dominant interpretation, if I were to myself, I mean, make judgment, I would say that while there are questions about Fiqh and debates, but also there are questions and there are narratives and there are ideologies that basically advocate the idea of armed struggle and the ideas of jihad, both locally and globally as well.

Q.   Do you have an opinion as to whether or not these websites, specifically Tibyan Publications, also has material that seeks to limit the use of violence in the jihadist cause?

A.   There are some.  I mean, there are some materials about that, yes.

Q.   I'm going to ask you about a few groups and individuals.

     Do you have an opinion -- are you familiar with LeT?  We have discussed that earlier.

A.   Yes.

Q.   Do you have an opinion about LeT?

A.   My opinion about LeT is a local radical Islamist group whose primary focus is on the disputed Kashmiri

conflict.  And I also know of some individuals who basically

cross over to Al-Qaeda and the Taliban as well.

Q.   Are you familiar with the organization Jaish-e-Mohammed,

also known as JeM?

A.   Yes.

Q.   Do you have an opinion on that?

A.   Well, I think there has been more cross-over on the part

of Jaish-e-Mohammed.  There is a major split now between two

factions, the founding fathers, that is, Mr. Azhar, who still

is part of the Pakistani state, the state security apparatus,

and there is other factions that cross over entirely to the

transnational camp.

Q.   Do you have an opinion about the Taliban?

A.   Well, I mean, the Taliban, you can't just say do you

have an opinion about the Taliban.  I mean, the Taliban, this

is a very complex movement.  It depends on do I know, that

is --

Q.   Can I ask you more specifically then?   Do you have an

opinion as to whether or not multiple groups use the moniker

Taliban?

A.   Yes.

Q.   What's your opinion?

A.   More and more now there has been fragmentation of the --

I mean, originally from let's say the 1990s up to 2001, the

Taliban was really a local Islamist, local radical Islamist

organization.

The Taliban has never waged a single transnational --
not even a single -- the U.S. government has not accused the
Taliban of carrying out one single, one single act of
terrorism, I mean, in terms of along the Al-Qaeda line.

But now you are seeing more and more fragmentation with
this particular movement, and some elements of the Taliban
are waging war against the Pakistani government, particularly
in Pakistan, and it's extremely difficult now to say what the
Taliban is.

We know what the Taliban is.  I mean, it's a militant
organization, repressive organization, on and on.  But in
terms of distinctions, theoretical and empirical
distinctions, it's becoming more and more difficult to say
what the Taliban is.

Q.   Do you have an opinion as to the relationship between
the United States and the Taliban pre-September 11th?

A.   Well, I mean, we played -- we, the United States of
America, played a critical role between 1980 and up to the
end of the war in 1989 and even after, we were major
supporters of the coalition, what we call the
Mujahideen.  Not just the Afghan Mujahideen, but also the
so-called Afghan-Arabs or the Afghan Mujahideen, those
Islamic fighters who were fighting the invading Soviet
forces.

1    And even in the 1990s, the United States was trying very

2    hard to find ways and means to deal in particular in the late

3    1990s with the Taliban and convince the Taliban leadership to

4    either expel Osama Bin Laden and his contingent from

5    Afghanistan.

6    So, yes, we were trying to deal with the Taliban, and in

7    fact the United States did send some foreign aid from

8    multilateral agencies to Afghanistan in the late 1990s.

9    Q.   Do you have an opinion about Al-Qaeda?

10   A.   Yes.  Al-Qaeda is a transnational global jihadist

11   movement that has been waging war against the United States

12   and its allies since the mid1990s.  It has carried out many

13   terrorist acts that have probably caused thousands and

14   thousands of casualties, not just Americans.  Most of the

15   casualties that Al-Qaeda has perpetrated are basically fellow

16   Muslims.

17   Q.   Are you -- I know we have discussed it earlier but I'm

18   just going to phrase it this way now.  Do you have an opinion

19   as to whether or not the history of the region of the Muslim

20   world in the last 50 years played a role in contextualizing

21   the current jihadist movement?

22   A.   The reason why I tried earlier to give some context, you

23   can't just provide an opinion without context.  Opinions

24   don't mean anything without the context.  The context is as

25   critical, more critical than the opinions.  Because the

easiest part is to provide the opinion.

The context, framing, methodology, understanding the movement and understanding the societies and understanding social and political conditions and foreign policy should be the basis, should be the drivers that basically inform our opinions.

Q.   Do you have an opinion as to whether or not that historical perspective is part of the Salafi-Jihadist as you said earlier scholarly discourse that's going on online?

A.   You cannot talk about Salafism or Jihadism or Islamism or any social phenomenon without understanding history, particularly in the Muslim world.

Q.   The question is do you have an opinion as to whether or not that historical perspective is part of that discourse happening online with Salafi-Jihadist scholars?

A.   It is pivotal, it's part and parcel.  That is, the historical context and the theoretical context and the theological context is as important, more important than the operational context.

You cannot say tell me about the military tactics without understanding really the theological context itself.

Q.   What languages do you speak other than English?

A.   I speak Arabic, Persian, Ottoman, French.

Q.   And do you review material in any of the original languages there are, or do you have them all translated to

English?

A.   I basically translate my own materials most of the

times.  But sometimes it's very, I mean,

labor-oriented.  I rely on other sources that translate, like

the American government, and we have now a huge industry that

translate materials.

     But I do most of the translation.  I conduct most of my

interviews in the original languages.

Q.   Are you able to define terms, Arabic terms you speak of?

A.   Yes.

Q.   Are you able to define, explain terms that may come up

in the Salafi-Jihadist discourse that one may see online?

A.   Yes.  And most of the discourse, by the way, I would say

90 percent of the discourse is an Arabic-based discourse.

That is, the Salafi-Jihadi Movement really is an Arabic-based

movement.  Most of the top clerics and leaders are

Arab-based.

Q.   So you would be able to define such terms that you would

see in the Salafi-Jihadist discourse?

A.   Yes.

Q.   And have you read publications that are online in the

Salafi-Jihadist discourse?

A.   Some.

Q.   Have you -- you said earlier you have been to the Tibyan

Publications website; correct?

1    A.    Yes.

2    Q.    And can you describe, is there -- what does it look

3    like?   Could you describe, does it have material on it?

4    A.    Yes, I mean, it has several texts, I mean, manifestos

5    and texts written by various clerics and Jihadis and top

6    leaders of the Salafi-Jihad Movement.

7    Q.    And have you ever download and read any of those texts?

8    A.    Some.

9         MR. WAHID:   I believe unless the Court would like

10   me to go into more detail, those are the opinions.

11        THE COURT:   Is there anything else you would like

12   to elicit from your expert?

13        MR. WAHID:   One moment, Judge.

14   BY MR. WAHID?

15   Q.    Professor, are you familiar enough with the

16   organizations we discussed today that you know who the

17   leaders are and some information about them and their

18   backgrounds?

19   A.    Yes.

20        MR. WAHID:   Judge, in the same way that I know how

21   the government went through the testimony of Mr. Kohlmann,

22   I mean, I'm not going to necessarily, unless you require it,

23   go through it all, but he would also potentially be

24   discussing the background, history, those sorts of things as

25   it comes up, if need be, in that he's familiar with the

organizations and their structures in the same way that

Mr. Kohlmann is and testified about.

But what I did just now is try to stick to the 702

information and obviously try to provide enough basis for the

Rule 16.

THE COURT:  Well, I'm not sure what that comment

was.

This is a *Daubert* hearing in which I make

evaluations on whether or not an expert's opinion is or is

not admissible.  What I hear you saying is that you reserve

the right to offer him on any other matter that Mr. --

MR. WAHID:  Kohlmann.

THE COURT:  -- Kohlmann might offer.

I'm not taking any position on that.  If you want

me to consider an opinion that he would offer, you need to do

that today.

MR. WAHID:  All right.

BY MR. WAHID:

Q.   Can you tell me who the leaders are of LeT?

A.   Yes.  Mr. Sayyid, he was the founder of LeT, and he was

basically released from house arrest a few months ago.

And my view of him is that Sayyid is an asset of the

Pakistani security forces, Pakistani intelligence services,

that he serves at the behest of the Pakistani security

services.

And the reason why I say so is because of the piece of evidence I mentioned earlier, that he really is not part of the same universe of Al-Qaeda and transnational jihadism, because even Al-Qaeda leaders themselves are very angry with his support for the Pakistani services.

And secondly, LeT, even though you have other factions now waging war against the Pakistani government, the bulk of the movement itself and Sayyid's movement is not waging war against the Pakistani state in the same way that Pakistan Taliban and some elements of Jaish-e-Mohammed are waging war against Al-Qaeda -- I'm sorry, against the Pakistani state.

Q.   Do you have any opinion as to whether or not LeT has splintered?

A.   LeT has not splintered.

Q.   Are there more than one locations where LeT has its base of operations in Pakistan?

A.   As I understand, Pakistan is the major operation of LeT now.

Q.   And where is it based, do you know?

A.   In the areas near -- on the Kashmiri Pakistani borders.

Q.   Would that be the Waziristan area?

A.   No.

Q.   What's the -- do you know the province?

A.   Punjab and the northeastern areas.

Q.   Have you heard of al-Furqan?

1   A.   Yes.

2   Q.   What is that organization?

3   A.   It's a splinter organization from from the

4   Jaish-e-Mohammed, and the al-Furqan organization now is fully

5   part of what we call the Al-Qaeda/Taliban transnationalist

6   jihadist group.

7   Q.   Are you familiar with any of the leadership of

8   Jaish-e-Mohammed?

9   A.   Yes.  I mean, the founder, Mr. Azhar, who basically

10  still lives in Pakistan under the radar screen, because the

11  Pakistani government basically does not really naturally want

12  him to play any public role.

13       Jaish-e-Mohammed is much more controversial than LeT for

14  the simple reason that the organization itself has splintered

15  and it is accused of waging terrorist acts against Indian

16  forces and targets.

17  Q.   You had discussed Shaykh Maqdisi earlier.  Is there

18  anything additionally that -- any other opinions you have

19  regarding Shaykh Maqdisi that you didn't cover earlier?

20  A.   Well, I mean, the point, my view on Shaykh Maqdisi is

21  that we since the end of 2004, 2005, we have witnessed a

22  major shift, a critical shift in his opinion vis-a-vis

23  suicide bombings and car bombings and the so-called amilyat

24  istishediya martyrdom operations.

25       But I would say that Maqdisi is not the only pivotal

cleric that basically has undergone a major change.  I would

say that you have as important leaders as Maqdisi, take

Abdul-Qadir Aziz or Dr. Imam or Sayyid Imam, he was the mufti

of the Jihadist Movement in the 1980s.

Q.    Do you have any opinion regard Sayyid Imam?

A.    Sayyid Imam or Dr. Imam basically now is one of the

leading critics, one of the leading rivals of Osama Bin Laden

and Ayman al-Zawahiri and both local and transnational

jihad.  He is the man whose books and whose manifestos serve

as the constitution of Al-Qaeda, the constitution of

transnational jihad, and who has basically now written major

treaties and been interviewed by leading newspapers in the

Arab world who is saying what Al-Qaeda has done -- basically

has violated the very sacred principles and institutions of

Islam and the institution of jihad.

        This is a much more I would argue major assault against

the entire universe of transnational jihadism and global

jihadism, and hardly any of this particular debate really has

been reported by our media here in the United States.

            MR. WAHID:  One moment.

BY MR. WAHID:

Q.    I'm going to touch on a couple of publications and ask

if you have heard of them.

        Have you heard of Millat Ibrahim by al-Maqdisi?

A.    Yes.  Millat Ibrahim or the Sons of Ibrahim is one of

the most important texts written by Shaykh Muhammad

al-Maqdisi and for the Salafi-Jihadist Movement.  It's the

text, it's one of the most powerful and influential texts for

the movement.

Q.   Have you heard of Fundamental Concepts Regarding

al-Jihad?

A.   Yes.

Q.   Do you know who that is by?

A.   It's by Abdul-Qadir Aziz, I think.

Q.   And is that -- do you have an opinion on that

publication?

A.   Well, I think, as I understand -- and I have to refresh

my memory -- I think one of the basic premises of this

particular book is that the debate about the so-called -- and

I could be wrong on this one -- but the covenant of security,

the whole notion of covenant of security is that both

Christians and Jews who travel to Muslim societies and are

given legitimate access visas have -- basically should live

in safety, they should not be targeted.

     And also I think one of the concepts also is that those

Muslims who go to Western societies and basically are given

safety by Western societies should not really violate the

covenant of security, they should not really carry out

attacks against those societies that have given them safety.

          THE COURT:  Can I just clarify, I was confused by

1  the way you answered those.  Have you read both of these

2  texts?

3            THE WITNESS:  Some of them.

4            THE COURT:  Have you read them in their entirety?

5            THE WITNESS:  No, I have not.  I use sections of

6  those texts that relate to my work.

7  BY MR. WAHID:

8  Q.   And as to the issue of the covenant of security, do you

9  have an opinion of whether or not that is an accepted rule of

10 Islamic jurisprudence within the Salafi-Jihadist community?

11 A.   I think it's debated very greatly within the

12 community.  But I would say the consensus is that the

13 covenant of security should be respected.  With the exception

14 of some of the most ultra-militants and terrorists like

15 Al-Qaeda and other organizations, it is taken that this is

16 really a sacred principle of Islamic law and should be

17 respected.

18 Q.   Do you have any opinion as to whether or not

19 Shaykh al-Maqdisi has come up out in support of the covenant

20 of security?

21 A.   Yes, he has.

22 Q.   What is your opinion?

23 A.   Excuse me?

24 Q.   What is your opinion on that?

25 A.   I think he is correct.  I believe him.  I don't think --

Q.    Because it was my question, I wanted your answer, which
is what is his opinion on the covenant of security?

A.    He basically subscribes to the covenant of security and
he subscribes to the fact that the covenant of security is
part and parcel of Islamic law and he accepts it.

Q.    Do you have an opinion as to whether or not there is an
academic, for lack of another word, debate in the
Salafi-Jihadist community on the tactic of killing
noncombatants?

A.    Big debate.  This particular debate has taken place
since the 1970s and it has really intensified in particular
after 9/11.  Big debate, and on both sides.

     You have, I mean, people on both sides who advance
arguments of Islamic attacks to say, look -- I mean, to
support their positions.  So there is a big divide within the
community of Salafi-Jihadism about whether it's legitimate to
target women and children and civilians and noncombatants.

Q.    And can you summarize the different arguments?

A.    Well, the Prophet Mohammed basically prohibited the
attacks against women and children and noncombatants.  In
fact, if you go back to, I mean, even destroying a tree,
basically you destroy part of the Muslim community.  He was
very clear about that.

     But since of course the Islamic expansion empire, you
have multiple wars, and the people who say that targeting

noncombatants, the people in the Salafi is that, Well, look, why shouldn't we target civilians, Western civilians? After all, you target our own civilians. Look at what America and Western societies have done. We have -- we should do what you do to us. This is the basic premise.

Another premise within this particular school that accepts and legitimizes targeting civilians says, Look, I mean, we are the least powerful player in this particular equation. You have nuclear bombs, you have armies, you have airplanes. We have to respond in kind, we have to terrorize you, we have to convince you that if you kill Muslims, we have the ability even using suicide bombings.

So this is the argument of the camp that says targeting civilians, and this particular camp gained popularity in particular in the late 1980s and 1990s, throughout the 1990s.

I believe, and based on everything that I have read, is that the pendulum has shifted. The pendulum has really shifted quite wonderfully from my point of view, shifted because now you have some of the top former -- I mentioned Maqdisi, but Dr. Imam and some of the top leaders of the former Jihadist Movement who are saying that in fact the worst thing that you can do is to basically target civilians and target noncombatants.

In fact, one of the major criticisms of 9/11 and

1   Al-Qaeda by the local jihadists is, Why would you target

2   American civilians?  American civilians have not done

3   anything to you.

4      And they go back, they channel the idea the institution

5   of jihad is that in Islam, the institution of jihad has many

6   rules and many regulations, and they say it has to be really

7   an exception, a rare exception for any particular Islamic

8   group to target civilians.

9      And this has nothing to do with my opinion, but to say

10   really there is a major attempt in the Muslim world to

11   basically reclaim the ethical and moral foundations of the

12   institution of jihad.

13   Q.   Are you familiar with a work called A Brief Introduction

14   to the Virtuous Scholar, Shaykh Abd Al-Qadir Ibn Abd al-Aziz,

15   and it would be by Imam?

16   A.   That's the same -- Al-Qadir Aziz is the same cleric, his

17   name is Sayyid Ahmed -- Sayyid Imam or Dr. Imam.  That's the

18   same I referred to you earlier.

19      And I'm familiar with his works because I had to -- I

20   mean, I read most of his works because he was really the

21   mufti of the jihad.  He was -- Dr. Imam, Sayyid Imam was the

22   leader of the Egyptian Islamic group, that is the

23   Ayman al-Zawahiri group, first in Egypt and then in

24   Afghanistan, and his book, the *Umda*, this is a chapter -- I

25   don't think this is a book, this is a chapter from the *Umda*.

The *Umda* is *The Pillar*.  And his book really is the

constitution of Al-Qaeda itself.

What I tried to say earlier is that not only you have to

go back and read his works that were written in the 1970s and

1980s.  You really have to read what happened to Sayyid Imam

now.  He's one of the leading critics of not only

transnational jihadism, but also of armed conflict, of war,

of jihad.  He argues that in fact the worst thing the

jihadists have done was to wage armed struggle both against

the near enemy and the far enemy.

Q.   Of the various texts I just laid out, do you have any

opinion as to whether or not that these texts -- do you have

any opinion as to whether or not they are only reviewed or

only instructive to those who are attempting to carry out

violent jihad?

A.   Well, they are read widely, because they are based on,

I mean, Islamic texts and Islamic -- so you have a large

audience who basically read those texts.

But also at the same time, those texts target the

Salafi-Jihad community, that is, basically because they

produce the narrative, the paradigm that rationalizes and

justifies the ability of certain groups to wage jihad either

against the local or near enemy or the far enemy.

MR. WAHID:  Thank you.

THE COURT:  Mr. McBurney?

1          MR. McBURNEY:  Judge, if we could take our morning

2    break, ten minutes, I think the government's approach to

3    Dr. Gerges will be much more focused and streamlined, if that

4    works with the Court's schedule?

5          THE COURT:  Is that a promise?

6          MR. McBURNEY:  I think.

7          THE COURT:  All right.  Let's take a 15-minute

8    break.  We will be back at 25 till.

9                (A recess is taken at 11:20 a.m.)

10                      --  --  --

11                (In open court at 11:39 a.m.:)

12          THE COURT:  Mr. McBurney?

13                      --  --  --

14                    CROSS-EXAMINATION

15    BY MR. McBURNEY:

16    Q.   Good morning, Dr. Gerges.  Did I say that correctly?

17    A.   Perfectly.

18    Q.   Only one question about your qualifications, and then we

19    will get into some terms and some of your opinions.

20          You mentioned that you speak Ottoman?

21    A.   I read it.  Most of my research, of our research is

22    Ottoman, a language that has disappeared.  So any students,

23    any graduate, in fact, it was one of the major requirements

24    that if you want to do modern history, you must be able to

25    read Ottoman documents.

1    Q.   That's not modern-day Turkish?

2    A.   No, it's not.

3    Q.   But it's the same Ottoman as Ottoman Empire?

4    A.   Absolutely.

5    Q.   I want to talk a little bit about terms you have

6    used.  You have referred to the Greater Middle East.  Define

7    that for me?

8    A.   The Greater Middle East includes the entire Arab world

9    plus Israel, Iran, Pakistan, Turkey, and some even go as far

10   as Afghanistan.

11        So really at the end of the day, you could either define

12   the Middle East in terms of a very small geographic area, or

13   you take a broader -- the U.S. government in the last ten or

14   fifteen years talks about the Greater Middle East because of

15   the postpolitical and social and geographic interconnections

16   in the region.

17   Q.   So when you say Greater Middle East, that includes

18   Pakistan and Afghanistan?

19   A.   Absolutely.

20   Q.   Not Indonesia?

21   A.   No.

22   Q.   When you talk about the Arab Muslim world, define that?

23   A.   The Arab world for teachers and scholars constitutes the

24   heart of the Middle East and the heart of the Muslim world,

25   even though there are more Muslims living in Indonesia, as

you suggested, the entire Arab world.

What you need to understand is that we are not talking about numbers, we are talking about the political, intellectual and theological weight that the Arab region holds in the region.

Arabic is the sacred language of the Quran. Most of the important pivotal personalities in Islamic tradition and the current in particular Arab scholars -- and since we are talking about the Salafi-Jihad ideology or movement, we are really talking about an Arab ideology written and constructed and crafted by Arab scholars.

And even those Indonesian scholars and Pakistani scholars and Afghani scholars who basically talk about this particular movement, they really borrow a page or two, more than one page or two of those Arab writers and scholars.

Q. Okay, that's helpful.

The Salafi-Jihadi ideology, we have heard a lot about that. I want to focus on the jihad side of it.

Jihad can mean inner struggle, a struggle within an individual to do the right thing versus the temptations of evil. When you have been referring to jihad and jihadi ideology, are you referring to inner struggle or call it the more popular understanding, the more generalized understanding of engaging in violent struggle against the enemies of Islam?

A.   You really in a way, we can't just, I mean, define jihad
either as internal struggle or as armed struggle depending on
the context, because there are multiple interpretations and
multiple definitions of jihad.  And any Muslim, not just
activists, if you ask them how they define jihad will give
you various interpretations of jihad.

But let me be specific here.  If we are talking about
the Salafi-Jihad ideology, we are talking about jihad in the
sense of willingness to basically engage in an armed struggle
on the behalf of persecuted Muslims to defend Muslim
communities and even to try to overthrow some dictators,
Muslim dictators.

Q.   Whether it's the near enemy or the far enemy, the jihad
that you are referring to when you say Salafi-Jihadist
ideology or that that group is referring to is the
willingness to engage in armed struggle against the
oppressors of the Muslim ummah?

A.   I think that is broadly accurate, that is, really the
ability and the willingness to engage in armed struggle,
basically mostly, I mean, vis-a-vis the near enemy, that is,
local Arab and Muslim rulers.

But the same scholars, by the way, don't just talk about
jihad in the sense of this armed struggle, physical
struggle.  They talk about jihad also, other manifestations.

But they put stress on this element because they think

1   that the Muslim community has forgotten this particular

2   aspect, the aspect of armed struggle.

3   Q.   But so we are clear, if you are a Muslim thinker and you

4   believe that the teachings of Mohammed, the Quran, et cetera,

5   forbid you to engage in armed conflict with another, for

6   whatever reason, you wouldn't be a Salafi-Jihadist; correct?

7   A.   I'm sorry, would you repeat the question, please?

8   Q.   Sure.  If for whatever reason as a devote Muslim you

9   believe that armed conflict, war, struggle, killing others,

10  is an unmitigated moral wrong, you don't do that, and so you

11  shouldn't under any circumstances, would that take you

12  outside the group of Salafi-Jihadists?

13  A.   Well, first of all, I mean, jihad, the institution of

14  jihad is really a critical component of the Islamic

15  tradition.  I know, I'm trying to be -- for example, in the

16  same way that the Judeo-Christian tradition has an

17  institution called Just War Theory, the institution of jihad

18  is really similar, institutionally speaking, to the Just War

19  Theory, that Muslims should have the ability and the

20  willingness to defend their communities if they are attacked,

21  period.

22       So you can't find a Muslim who says that I don't believe

23  that jihad is a legitimate institution under certain

24  conditions, under certain conditions, that is, when the

25  Muslim community is attacked.

What Salafi-Jihadists are trying to do is to basically try to make jihad a critical pillar part of -- there are five pillars in Islam. They want really to reclaim the institution of jihad not only as a pillar, as a major pillar, because they believe that in the last -- since the Tenth Century that jihad has been forgotten.

So, yes, yes, they stress the idea that we Muslims must pay a great deal of attention and must be willing to engage in jihad on the behalf of their communities.

Q. If what I'm understanding you -- what I'm understanding you to say is that your opinion is that every Muslim, if he or she is a true Muslim, believes in jihad, that there are situations where armed struggle would be appropriate, but the Salafi-Jihadists put more emphasis on that?

A. Absolutely, and put more emphasis on it, and the entire writing, I mean, has been to really put it up front. They are saying to their Muslim communities, Look, you have really ignored a major pillar of your religion, you have allowed yourselves to be oppressed by your own rulers because you have become cowards, you have forgotten about your religion. Jihad is not just a thing. Jihad is part and parcel of Islamic tradition and the community.

Q. Are Salafi-Jihadists primarily Shiite or Sunni, or is that a meaningless distinction?

A. No, it's not meaningless. It's Sunni. The

1　Salafi-Jihadi movement or ideology is a Sunni-based

2　movement.

3　　　And there is a great deal of debate about the

4　Shiites.  I mean, this is a big debate.  There is a big

5　debate about Sunnis and Shiites and what Salafi-Jihadis

6　believe what the Shiites are and are not.

7　Q.　And what is your opinion as to what the Salafi-Jihadists

8　believe Shiites are?

9　A.　I think, on the whole -- and again, I'm generalizing --

10　the consensus is that the Shiites are not authentic Muslims,

11　at least the top leadership of the Shiites.  That the Shiites

12　have been led astray by some of their clerics, some of their

13　rulers.

14　　　And I could go further and say that there is a --

15　I mean, they have played a major role in pouring fuel on this

16　really simmering fire under the surface.  There is a great

17　deal of anti -- this is political between -- the divide

18　between Sunni and Shiitism.  It's a different subject.

19　Q.　Okay.  You used a term -- it may have been in response

20　to a question from Mr. Wahid who used the term, I don't know

21　how to spell it, I may not even pronounce it correctly --

22　Fiqh?

23　A.　Fiqh, it's F-i-q-h.

24　Q.　What is that?

25　A.　Fiqh means either a school of thought, and in particular

it relates to Islamic law.  It is a branch of Islamic law.

So if you study Islamic law, you talk about Fiqh.  That is really, you are an attorney, so this is major school of Islamic law.

Q.   But like contracts is a part of law in the United States, there is the liberal school of law.  But what does Fiqh --

A.   So there are multiple interpretations in Islamic law, multiple branches, and any student in Islamic history, they talk about the various schools, the various Fiqh of Islamic law.  And this is just one branch, depending on what schools, what particular branch of Islamic law we are talking about.

And it's really like saying it's a school of thought, in the same way we say the Salafi-Jihadi Movement is a school of thought, is an ideology, is a narrative.

Q.   What is the Fiqh ideology?  That's what I'm trying --

A.   There is no -- you see, over the last fourteen or fifteen hundred years, there is Islamic Fiqh, but they have multiple and multiple, I mean, hundreds of interpretations of this particular Fiqh by various Islamic scholars and clerics over the years.

Q.   Okay.  So whatever it is, it's not as narrowly or clearly defined as Salafi-Jihadism?

A.   No, no, no.  It really encompasses the broad spectrum of Islamic law and texts and interpretations.  It's a

distillation of fourteen hundred or fifteen hundred years, of
course based all on the Sunnah, S-u-n-n-a, and the Sunnah
encompasses the Quran, it encompasses the hadiths and the
various traditions of the Islamic community.

Q.   I think I understand.

     Let's talk about some of the opinions you offered at the
request of Mr. Wahid.  I will start with LeT.

     First, you would agree that LeT is a designated foreign
terrorist organization, designated by the United States?

A.   It was designated as I understand in December -- I don't
know if I'm correct -- 2001 by Secretary Colin Powell as a
terrorism organization and then also designated by the
Pakistani government, because the Pakistani government came
under tremendous pressure by the United States to designate
LeT as a terrorist organization.

Q.   But under U.S. law, LeT is a designated foreign
terrorist organization?

A.   It's a terrorist -- it's a foreign terrorist
organization designated by the government, our government.

Q.   As is JeM?

A.   Yes.

Q.   Al-Qaeda?

A.   Yes.

Q.   Have you interviewed members of LeT?

A.   No, I have not.

Q.   Why is that?

A.   Remember, I mean, the work I have done in the last --
even though I went to Pakistan in 1998 and 1999, the work is
focused basically on the broad spectrum of the Islamist and
Jihadist Movement.  That is my interest.

You might say why didn't I do any research, why didn't
my writings focus on Hamas or Hezbollah.  My focus is
specific on the certain -- on the big movements, on what you
might say the pioneers.

Should I?  Absolutely, and that's the project I am
working on now is I'm working on a dictionary of various
Islamist and Jihadist movements.

Q.   You mentioned that LeT's primary focus is the struggle
in Kashmir, and you contrasted it with a transnational
organization such as Al-Qaeda that might attack the far
threat rather than the near threat.

You would agree with me that despite its primary focus,
LeT has sent fighters to Chechnya?

A.   We have evidence that some members of LeT have basically
participated in various conflicts in the international
system.

Q.   Chechnya?

A.   Correct.

Q.   Bosnia?

A.   Correct.

Q.   Iraq?

A.   I'm not sure.  I have not seen any evidence about Iraq whatsoever that involves, even though there are very unclassified and verifiable reports that the U.S. military in Iraq -- and I follow the Iraq situation very closely -- that members of -- a member of LeT was caught in Iraq.

Q.   Certainly in Afghanistan?

A.   And certainly in Afghanistan.

Q.   The first training camp was based in the Kunar province in Afghanistan?

A.   Remember, I mean, this is -- when you talk about LeT or Jaish-e-Mohammed or the Mujahideen, the role of Afghanistan was pivotal, was really the most pivotal factor.

We were engaged in Afghanistan -- we, the United States of America, we supported the Mujahideen between 1980 and 1989.  The Pakistani government was a conduit that basically used our resources to the Afghan Mujahideen and the Afghan -- and the Arab Mujahideen as well.

So to really say that LeT was basically established in Afghanistan is really, to repeat, to say, I mean, what's true of most of those movements and groups that we are talking about.

Q.   But it's also to state the truth that LeT was founded in Afghanistan?

A.   Correct.

1    Q.    Now, LeT and Al-Qaeda, you contrasted their -- you

2    called it their ideology, that LeT is focused on ridding the

3    Kashmir area of the Indian government and returning it to

4    that particular ummah, whereas Al-Qaeda is focused more

5    transnationally.

6        Is it also the case that they share the same ideology in

7    terms of fighting the enemies of Islam?  They just fight it

8    in different theaters; is that correct?

9    A.    No.

10    Q.    No?

11    A.    It's not correct.

12    Q.    Okay.

13    A.    I think the primary focus, the primary focus of LeT is

14    basically the dispute, the strategic dispute and conflict

15    between India and Pakistan, while Al-Qaeda's ideology is

16    borderless, that is, does not have a specific -- it's not

17    about Afghanistan, it's not about Iraq, it's not about

18    Saudi Arabia.  We don't know what Al-Qaeda wants.

19        But we know exactly what LeT wants.  LeT wants to create

20    the conditions that force India to pull out of the disputed

21    Kashmiri area.

22    Q.    Okay, we may be using different terms then.  You are

23    calling it ideology.  But the motivation for the fighters in

24    LeT is to return land to Muslims that they believe is

25    rightfully theirs but that was taken because of what the

British did or the Indian government or someone else?

A.   This is a major distinction.  It's not just an academic distinction.  To say so about LeT -- in our research and our findings about those movements, we make a critical difference and distinction between those groups that focus on occupied Muslim lands, rightly or wrongly -- we don't know whether Kashmir is -- and the transnational jihadist movement like Al-Qaeda that basically wages war because it has a particular imagined view -- it has an imagined view of the ummah.

So you are absolutely correct, those are focused on occupied muslim territories.  And because they are focused on occupied territories, they differ qualitatively and empirically and theoretically from groups like Al-Qaeda.

Q.   In the way you have described they differ?

A.   Yes.

Q.   They have some similarities.  They engage in terrorist acts in an attempt to achieve their means, their goals. Their goals may differ, but some of their means are similar.  Would you agree with that?

A.   You are absolutely correct.  No one is suggesting that LeT did not engage in terrorism or Hammas or Hezbollah.  They have, and that's why we designated -- the United States government designated LeT as a terrorist, as a foreign terrorist organization.

Q.   Well, during your testimony with Mr. Wahid, the one

group that you never mentioned in the same sentence as

terrorism was LeT, but you are clarifying that now.

You have no doubt that LeT engages in terrorist acts for

whatever aim, and that aim may differ from Al-Qaeda.  They

kill people, they murder people, they set off bombs,

civilians have died because of LeT's attacks?

A.    I hope -- I should have made it very clear that LeT has

engaged in terrorist actions against not only the Indian army

but also Indian targets, and that carried to civilians.

All I said was -- you asked me about the philosophy and

ideology, and I tried to say that even though LeT has engaged

in terrorist acts, its ideology and philosophy differs

fundamentally from Al-Qaeda.

Q.    And I'm not disagreeing with you.  You are helping me

understand that.  I am not disagreeing with you.  Thank

you.

JeM, similarly to LeT, has -- while it may be changing

and there may be this schism or this divide within JeM --

originally had a more local focus like LeT?

A.    More than that.  I mean, let me go further and say

Jaish-e-Mohammed has engaged in more -- has carried out more

attacks, and that's why the schism, the cleavage that exists

has taken now a very serious proportion, because the movement

itself is no longer the same.  You have the pro-Pakistani

government faction and you have the pro-Al-Qaeda and Taliban

1    faction.

2    Q.    Unlike LeT, that schism at least as of today you don't

3    see?

4    A.    No, LeT remains a coherent movement really under the

5    control of Sayyid, and I would say remains as an asset.  LeT

6    is not waging a war against the Pakistani government in the

7    same way that the splinter faction of JeM is waging the war

8    against the Pakistani government.

9    Q.    Or Taliban in Pakistan?

10   A.    Or Taliban in Pakistan.

11   Q.    Okay.  Let's talk about Shaykh Maqdisi.

12   A.    Abu Muhammad al-Maqdisi.

13   Q.    Al-Maqdisi.  You described a change in perspective that

14   al-Maqdisi underwent.  How long had he been in custody before

15   this change of perspective occurred?

16   A.    Several years, many years.

17   Q.    In whose custody?

18   A.    In the Jordanian government.

19   Q.    He was being held by the Jordanians under what charge or

20   pretense?

21   A.    Terrorism charges, even though he was found innocent, by

22   the way, the court case, and he still, even after he was

23   found not guilty by the Jordanian authorities, the Jordanian

24   security services decided to keep him, because in their views

25   he represents a threat to public order and safety in Jordan.

1   Q.   Because of the views he espouses?

2   A.   Because not only his views, but because he has a large

3   following, not just in Jordan, but throughout the Muslim

4   world, and they believe that -- and also the United States

5   government has made it very clear that we don't want him out

6   of the prison in Jordan.

7   Q.   Okay.  In your expert report, a copy of which I received

8   late yesterday, you indicated that Maqdisi revealed this

9   change of perspective in November of 2005.  He had an

10  interview on Al Jazeera.  Is that the right time frame,

11  November of 2005?

12  A.   End of 2004 according to several security services

13  members of the Jordanian.  While he was in prison he

14  basically came to realize that what Abu Musab al-Zarqawi, the

15  leader of Al-Qaeda in Iraq, was doing was basically he was

16  hijacking, he was hijacking al-Maqdisi's ideas and distorting

17  and mutilating his ideas.

18       And he decided, he made it very clear that he wanted to

19  come out and really try to tell the Muslim population about

20  that, what Zarqawi was doing.

21       Remember, this man, to do what he did, after the fact

22  that his own son, Omar, 19 years old, was killed in the

23  Iraq War, his son Omar was fighting the United States and its

24  coalition, and the fact he believed according to those

25  sources in prison that he said what Zarqawi was doing, he was

1  really misleading the young Muslim men and creating an

2  inferno in Iraq, he decided to come out and make an

3  interview.

4  Q.   The dates here are confusing for me.  The public

5  pronouncement by Maqdisi was November 2005, this interview on

6  Al Jazeera?

7  A.   Yes.

8  Q.   Tell me the source of information you have that leads

9  you to say it was a year before that he was already beginning

10 to say things about having a change of perspective?

11 A.   I talked to some Jordanian security officers, because

12 there was a great deal of debate -- even the United States

13 government was shocked when he was released.  Because,

14 I mean, Abu Muhammad al-Maqdisi is a heavy-weight.  You don't

15 release him in the midst of a major confrontation in Iraq.

16     And they made the argument to me and other I think --

17 I talked to them because I go quite often to Jordan, but the

18 man was changing and in fact would serve as a tool, as an

19 instrument to try to delegitimize Zarqawi's view.

20     Do I know the exact date?   No.  The end of 2004 and

21 2005, the changes, the shifts, I think, broadly speaking.

22 Q.   Okay.  Are you aware of any public pronouncements by

23 Maqdisi before the November 2005 Al Jazeera interview?

24 A.   The only public pronouncement given by al-Maqdisi was

25 the interview on Al Jazeera in November 2005.

Q.   So for a lay person such as myself or somebody
interested in the Salafi-Jihadist Movement who is online,
this or that, none of those people would have had access to
the knowledge of these Jordanian security personnel that you
described?

A.   Correct.

Q.   It's not until November 2005?

A.   Correct.

Q.   And so we are clear as to this repudiation or this
criticism of Zarqawi, Maqdisi didn't come out and say,
I don't like the Taliban?

A.   No.

Q.   He didn't come out and say, I don't like Osama Bin
Laden?

A.   No.

Q.   He didn't come out and say, Violent struggle against the
oppressors of Islam is wrong?

A.   He didn't.

Q.   His focus was Zarqawi, Zarqawi's tactics, and as you
described it now several times, the inferno in Iraq?

A.   That's correct.

Q.   If you are going to fight against the oppressors of
Islam, don't do it in Iraq?

A.   I mean, what I'm saying is that what he said -- it's not
just about what he said.  It's just basically summarizing the

interview.

When you have the most powerful ideologue of the Salafi-Jihadi Movement coming out on Al Jazeera and repudiating and delegitimizing what's happening in Iraq -- remember, there was about the Iraq situation tremendous, tremendous approval to what is taking place in Iraq because of the idea that Iraq was invaded and occupied by our forces.

Here you have -- I can't tell you the storm that that particular one interview, basically the storm itself swept away the community, and it was -- that's why even Zarqawi who was on the run had to really come out and respond to.

So even though you are absolutely correct about the fact that he did not really mention the various points you did, the fact that he did come out and the fact that he did tell -- try to advise young Muslim men not to go to Iraq because what was happening in Iraq was really basically senseless, I think was very critical, very important.

Q.    And my point here is not to suggest that you have misanalyzed the significance of Maqdisi's repudiation of Zarqawi's tactics.  I want to, to use your term, contexualize it.

So we are clear, Maqdisi is not someone who is going to be considered for a Nobel Peace Prize any time soon?

A.    No.

Q.   He still very actively supports violent jihad, maybe not
using Zarqawi's tactics, maybe not in Iraq?
A.   I think it's fair to say that Abu Muhammad al-Maqdisi
still subscribes to the idea that the institution of jihad is
a major pillar of Islam and that Muslims must not forget and
must not ignore and must not neglect when there are
conditions, when Muslims are persecuted, are invaded, are
violated, they must basically sacrifice and join in the
institution of jihad.
Q.   He remains supportive of the Taliban struggle against
U.S. and coalition forces in Afghanistan; correct?
A.   I really don't know, because I have not heard -- I mean,
but if you ask me about his views in the 1980s and 1990s --
1990s, sorry, I would say that, yeah, he basically -- he
supported, he even justified some of the attacks.
Q.   But with your familiarity with his views today, are you
aware that he is now an active participant in an online forum
through which Al-Qaeda distributes much of its propaganda?
A.   I think in 2005 -- you are asking myself about my
views -- I think many members of the Salafi-Jihadi Movement
have taken an entirely different view of where he stands on
the issues, and I think his -- I think he shot one of the
major bullets in the civil war that has been raging within
the Salafi-Jihadi community.
Q.   Okay.  What I'm asking about right now is your knowledge

and understanding about Maqdisi's activities now, not 1990,

1980, or November 2005.  And my question is are you aware

that he remains an active, vibrant voice in the violent

jihadi community, in particular online?

A.   I am aware of that, but I'm also aware of the fact at

the same time that those same people you referred to as

Al-Qaeda are vehemently critical of his views.

     In fact, just in April, just in April -- and there was a

major piece in *The New York Times*, you just referred to it --

he felt the need, al-Maqdisi, to come out and say, You are

dismissing me and you are saying I have gone soft, and not --

look at what the American military at West Point reports on

me, they still consider me, quoting American military and

American scholars, to say that basically al-Maqdisi remains

the same cleric who is dedicated to violent jihad.

     What I'm suggesting to you is that while you might see

those websites, there is a much more critical view of

al-Maqdisi by the same people whom we used to think they were

part of the same universe, part of the same camp.

Q.   He's a traitor in the eyes of some?

A.   Absolutely, he's a traitor who basically stabbed one of

the sons of the Jihadist Movement in the heart during the

confrontation with the American and military forces in Iraq

in 2005.

Q.   In November 2005 is when he did that?

A.   Yes, and that was what I am trying to suggest, even

though, first of all, that particular interview was probably

more important than ten books, because you are talking about

50 million on that particular -- Muslims or Arabs viewing

that particular Al Jazeera, one of the most important

satellite stations, and then the debate that it engendered

was really very critical in delegitimizing the militant

Salafi-Jihadis.

     Zarqawi never recovered, I want you to know, after that

particular shot by Maqdisi.  Even the flow of men to Iraq

became less and less.  I mean, fewer Muslims went to Iraq

after that particular statement.

Q.   He ran into some other troubles ultimately, but

I understand what you are saying.

     Let's talk a little bit about the internet.  When

Mr. Wahid asked you about sources of information upon which

you rely, you responded -- I don't mean this pejoratively,

this was my perspective --

A.   Certainly.

Q.   -- somewhat dismissively to the internet as a source.

You would look to it, but as a secondary, tertiary, whatever

number -- however you would say fourth source, not a primary

source of information for the type of work you do.  Is that a

fair description?

A.   Any student of mine, any student of mine or any

legitimate professor who writes based on the web and the
internet alone basically would get a D.

The web is a double-edge sword, and any scholar, any
student must be fully cautious, extremely cautious of using
the web as a major source of information.

The web can be infiltrated, it can be abused, it can be
violated. And the same debates, I want you to know, you can
read on the web. All you have to do is read the newspapers,
the headlines every day, read Al-Misrouw, I mean, I could
give you a dozen newspapers.

You go to the sources. You don't use the web as a tool,
academic and legitimate tool of research. No professor, no
legitimate professor, an academic, an educator, would use the
web as a serious and fundamental tool in their research.

Q.  Wouldn't it depend on what it is that serious academic
is researching?

A.  Let me give you an example since you are asking me a
question about the web.

Let's talk about -- now, I know probably we don't have
the time here. Let's talk about the idea. The idea is in
the last -- since 2002 is that you really cannot understand
the Islamist and Jihadist Movement except it's an online
generation, it's an online generation. It's everything now,
because the movement itself now is under threat.

For a person like me who works on the Iraq generation,

that is, after 2001, you can go and do research in the field

and interview those young kids in Syria, in Jordan, in

Lebanon, in Yemen, in Saudi Arabia, you can go to the local

mosques, you can go and listen to the debate, that you don't

rely on the web.  You don't take the lazy way out and say my

tool of research, my source of knowledge is the web.

This is a lethal way of making any critical decision.

Because the web might tell you what they said.  You have to

understand the larger context to come back to the comments

and the framing.  You have to understand the multiple voices

that are taking place, not just on those webs.  Because, you

see, if you listen to the web, you are taking a tiny

fragmented point of view and magnifying this particular -- to

show this is what's happening, this is it.  That's not good

science.

Q.   If your research is about trends, macro-level

developments, I understand your point.

Query this:  If you are trying to understand what a

single individual thinks, what a single individual believes,

what a single individual intends to do, do you have the same

skeptical, critical perspective of the internet, if that was

a tool that gave you an ability to see what the person is

saying to others in a public setting as well as in a private

setting?

A.   You are asking me as an educator, and I said I use the

internet sometimes, but I use it in order to really
supplement and compliment what I do.  I don't use it as a
source.

     We all use the internet.  But all I'm suggesting to you
is that -- and this is really not about the court.  It's an
educational thing.  You never rely on the internet, even in
what -- I mean, there are other avenues.

     Do I use it?  Absolutely, yes.  But it's never as the
fundamental critical tool of either analysis -- even the U.S.
government, I mean, I work with the U.S. government.  I want
you to know that our top officials never rely on -- they want
the field research, they want the people who go there and do
the research.

     And of course every statement on the internet, you spend
a week or two trying to analyze that particular statement,
just the authenticity of that particular statement.  Think of
how many con men are out there and how many statements have
been infiltrated into the webs over the years.

     You are asking my views.  I use it, but I use it as a
minor tool instead of a critical and serious tool in my
analysis and research.
Q.   I understand that, you have now said that several
times.

     My question was if your focus shifts from the larger
themes, the tectonic shifts within the Salafi-Jihadist

Movement, the origins of global jihadism, and it narrows down

to -- you say in this court.  This case is a much narrower

focus than the level of your work.  The focus is

Defendant Sadequee.

So my question to you is do you harbor such an antipathy

towards internet-originated information, web-generated

information that is the product of an individual?  If the

focus is the individual, someone's postings, someone's

e-mails, someone's private messages, someone's comments in a

web thread, in a forum, if the focus is that someone and not

what impact does this have with the Pakistani government,

what impact does this have for the Jordanian security

services or the Islamist Movement worldwide, if it's narrow,

which is what this case is?

A.   I have already tried to answer.  I'm sorry, I failed.

I said I basically use it.  I said I use it as -- not as

a major tool.  And secondly, even when I use it, I have to be

extremely skeptical about the veracity of that particular

tool.

Q.   Okay.  Let's talk about a specific site:  Tibyan

Publications.  You mentioned you had been there

before.  When?

A.   Quite a long time ago.  I -- you know, I use it really

whenever -- several times.  And my research assistants,

they monitor most of the important sites like the Tibyan

1    Publications.

2    Q.   Okay.  There are lots of questions from that.  You just

3    mentioned the most important sites.  What do you mean?  What

4    are important sites?

5    A.   On the internet?

6    Q.   Right.  Not CNN or Yahoo.  What do you mean by an

7    important site?

8    A.   You have tons of -- I mean, where do you want to start?

9    I start every morning, I can give you the sites I

10   start.  I start with Al Jazeera.net, I start with

11   Al-Misrouw.zet, like with the Muslim Brotherhood, Ikwan site,

12   I start -- whenever I work on a specific topic on the

13   jihadist, I go into, you know, Al-Qaeda related in Egypt, the

14   Islamic group, and of course the various groups in the

15   world.

16       But I -- I don't -- what -- and this is the point.  My

17   tool, my basic tool in order to understand even local

18   jihadists and Islamist groups, I don't rely on the internet.

19   Q.   Understood.

20       You said Tibyan Publications is one of your important

21   sites?

22   A.   Not important, not at all.  I didn't say

23   important.  I said it's one of the sites that I have visited

24   several times.

25   Q.   Okay, I must have misunderstood you.  Why did you go to

1  Tibyan?  What did it have to offer that interested you?

2  A.   I have already mentioned that when I feel lazy and

3  I don't feel like really translating some of the materials,

4  I go there to -- basically it saves me time.

5  Q.   But what types of materials?  Travel guides?

6  A.   Salafi-Jihadi.  We have already talked about this is

7  really, it's a marketplace, not just of discussions about

8  Islamic thoughts, but the Salafi-Jihadi Movement is well

9  represented.  I mean, it's a site where you have some major

10  texts written by clerics, basically part of the Salafi-Jihadi

11  Movement.

12  Q.   When you went to Tibyan Publications, did you need to

13  use a password to get on?

14  A.   No, I don't think you -- you have the -- the websites,

15  they have the chat rooms.  My assistants basically do all the

16  research for me.  They have different types.  Even, you know,

17  I receive many reports from Tibyan, from various institutions

18  in the United States as well.

19  Q.   Have you ever personally gone to the website Tibyan

20  Publications?

21  A.   No, not personally.

22  Q.   You have never seen what it looks like?

23  A.   Well, now I have seen it.

24  Q.   Now you have seen it?

25  A.   I have seen it in the last probably two weeks.

1  Q.   How so?

2  A.   The attorneys showed me the website.

3  Q.   That's the first time you have actually laid eyes on

4  it?

5  A.   I have publications from the Tibyan sites, translated

6  publications.

7  Q.   That your associates, your research assistants retrieved

8  for you?

9  A.   Absolutely.

10  Q.   So if I were to ask you what's the reading list from

11  Tibyan Publications, if you knew the answer, it would be

12  because a research assistant said this is what's on Tibyan

13  Publications?

14  A.   My research assistants basically get me most of the

15  important topics I'm working on.  I'm working now on the

16  *Dictionary of the Islamist and Jihadi Movements*, and I have a

17  huge library that deals with this particular subject.  And I

18  have -- I have at least one or two research assistants who

19  basically get me the materials.

20  Q.   Are you in a position today to answer the question did

21  Tibyan Publications ever, ever, at any time, carry any

22  materials that were critical of the 9/11 attacks?

23  A.   Based on everything that I know, based on everything

24  that I know, and what I know from the research materials that

25  I have, most of the sources basically fit within the concept

1  of legitimizing the Salafi-Jihadist ideology and jihad

2  against the near enemy.

3  Q.   My question was are you in position to answer the

4  question has Tibyan Publications ever --

5  A.   No, I'm not in a position.

6  Q.   Any literature critical of Osama Bin Laden?

7  A.   No, not on the Tibyan Publications.

8  Q.   No, you don't know, or, no, you know they have never

9  posted --

10  A.   Well, the sources that I have are sources that are

11  basically translated texts that I got from the Tibyan that my

12  research assistant got me from the Tibyan website.

13  Q.   Some of the texts, Fundamentals of Jihad by Aziz --

14  A.   Abdul-Qadir Aziz.

15  Q.   -- is that one that a research assistant got off Tibyan

16  for you?

17  A.   Actually I have read the text itself, the *Umda*.  But

18  when I quote the text, I used translated sometimes elements

19  of it.

20  Q.   In response to a question from Mr. Wahid, there was sort

21  of a three-way exchange with the Court as well, you had said,

22  Well, one of these I haven't read the whole thing?

23  A.   Most of them I don't read them -- let me -- I'm glad you

24  asked me this question.  We have -- I have thousands of books

25  that I have to go through, and when I work on a particular

subject, I read the segments of the books that deal

specifically with my own narrow questions at that particular

time.

Do I read all the books that I work on?  Of course

not.  For one thing, I basically -- you have to be selective

in what you do, because you are dealing with a huge, huge

repertoire of materials.

I wish that we could, but, no, I don't.

Q.   Did you read the entire text of Fundamentals of Jihad,

Millat Ibrahim?

A.   Not Millat Ibrahim, no.  As I mentioned to you, I don't

think I -- I mean, this is -- I really read the segment that

deals specifically with the questions I'm investigating at

this particular moment.

Q.   I understand that.  You now said that several times.

So when you form an opinion on the meaning or

significance of Millat Ibrahim or Fundamentals of Jihad, that

opinion is based on reading parts of those texts?

A.   I'm not just reading those parts of text.  I'm reading

dozens of sources in addition to those texts.

You see, my goal is not to really try to write a book

about Abu Muhammad al-Maqdisi or a book about Sayyid Imam.

My idea, my goal is to try to understand basically how the

ideas fit within the larger context of the rise of jihadism

and the changes and shifts that have taken place within

1   jihadism.

2           THE COURT:  Let me interrupt for a second.  Your

3   purpose is not here to justify what you do.  Your purpose is

4   to listen to a question and to answer it.  I'm instructing

5   you to do that.

6           THE WITNESS:  Of course.

7   BY MR. McBURNEY:

8   Q.   So back to that last question and then we will move on

9   to a different topic.  Your assessment of the significance or

10  meaning of a text like Millat Ibrahim is based in part on

11  having read some of it?

12  A.   Yes.

13  Q.   Other materials as well, other people may have read it,

14  but you haven't read the whole thing?

15  A.   Yes.

16  Q.   You met the defendant in this case, Mr. Sadequee?

17  A.   Yes, sir.

18  Q.   When was that?

19  A.   Yesterday.

20  Q.   How long did you get to speak with him?

21  A.   What time was it?   9:00 till 12:15.

22  Q.   What did you talk about?

23  A.   Well, the attorneys really spent most of the time

24  talking about the case.

25  Q.   I don't want you to -- to be very clear, whatever the

1  attorneys said to the defendant and he said to them, I'm not

2  asking about that.  I am wondering if you had any dialogue

3  with Mr. Sadequee?

4  A.  I did.

5  Q.  What did you talk about?

6  A.  I asked him about how is he doing, how is he feeling.

7  I asked him about -- we discussed his case, and I said

8  I really would like to meet him more, because we didn't have

9  the time to -- I want to meet him more, if I could, to talk

10  about the case.  I wanted to listen to what he had to say.

11  Q.  Did you discuss with the defendant any of the topics we

12  covered today, LeT, Shaykh Maqdisi, anything like that?

13  A.  We discussed what he did, some of the learning.  We

14  talked a great deal about Ibn Taymiyyah and Ibn Kathir and

15  the Islamic scholars that he read.

16  Q.  Those -- let's talk about the scholars.  What was the

17  first name?

18  A.  Ibn Taymiyyah.

19  Q.  Can you spell that?

20  A.  Ibn, I-b-n T-a-y-m-i -- Taymiyyah -- a-h, and Ibn

21  Kathir, K-a-t-h-i-r.

22      We talked about Abdul-Qadir Aziz.

23  Q.  That's --

24  A.  Sayyid Imam.

25  Q.  Sayyid Imam?

A.    Sayyid Imam or Dr. Imam.

Q.    This is someone else who has undergone --

A.    Transformation --

Q.    -- revision of his views?

A.    And he was really shocked when I talked to him about the changes that have taken place.  He said he didn't hear about it, he didn't know about his views had changed.

Q.    He, the defendant, was unaware that Sayyid Imam had moved away from some of his more pro-violent jihadi perspectives?

A.    The writings of Dr. Imam took place in 2007.  So this particular debate, even though Sayyid Imam has been at dispute with Al-Qaeda long before 9/11, Dr. Imam, Abdul-Qadir Aziz, left Afghanistan in the 1990s and went to Yemen because of his disagreement with Ayman al-Zawahiri and Osama Bin Laden.  He believed that they were taking the jihadist ship on very horrible course of action.

Q.    So those are three scholars.  Did you talk about anyone else or anything else with the defendant?

A.    What did we talk about?   He talked about the things that he believed in and how his views have evolved over the years.  He said -- he talked a great deal about the fact that all really was he interested in was basically thinking and ideology and scholarship.  That's the kind of talk we are talking about.

Q.   That's his current perspective or that was his
perspective?
A.   He said that was his perspective.  He said he never --
he was saying that this is really part of the scholarly
thing.  He was interested in the scholarly Islamic texts.
Q.   Are you familiar with a gentleman by the name of
Younis Tsouli?
A.   I know a bit about him, but I can't really talk about
his specific case.
Q.   Are you familiar with any of the other co-conspirators
in Defendant Sadequee's case?
A.   Just that -- not really in any specific or
knowledgeable -- I can't pass any knowledgeable -- I mean,
any intelligent opinion about them.
Q.   So you are not prepared, you don't expect to be called
upon by the defense attorneys to offer any opinion about the
defendant or any of his co-conspirators in this case?
A.   Specifically I don't think so.  I don't know the
individuals.
     I mean, my only encounter with Mr. Sadequee was
yesterday.  So I really don't -- even though I have read all
the chats that -- by Mr. Sadequee and the other defendants as
well.
Q.   So the materials you have reviewed that were provided by
the defense is the Tibyan website?

A.   They did not provide me with the Tibyan website before

I came here.  They talked about the Tibyan Publications and

I said I know -- of course, I know some of the publications.

Q.   Okay.  I thought you had said just a little while ago

that two weeks ago you got something about the Tibyan

Publications from the defendant?

A.   We discussed it.  They didn't send me any

publications.  I have the publications, I have some of

them.  But we discussed the Tibyan Publications, and

yesterday we discussed the Tibyan Publications as well.

Q.   You have read chats?

          MR. WAHID:  For clarity, the actual website disk

that the defense was provided the Professor saw for the first

time yesterday.

          MR. McBURNEY:  Okay.

BY MR. McBURNEY:

Q.   You -- they provided you with some chats that you have

read?

A.   I think I have read 90 percent of the chats.

Q.   Whatever the number is, some of what you received from

the defense was chats?

A.   Yes.

Q.   Did you get any e-mails?

A.   E-mails?

Q.   Not meaning did Mr. Samuel write you an e-mail, but did

the defense provide you with hard copies of e-mails that the

defendant wrote or received?

A.   Yes.  I have -- I think they sent me most of the

materials by Mr. Sadequee.

Q.   So chats, e-mails.  Anything else that you remember

reviewing?

A.   I have reviewed mainly really the chats and the e-mails,

and that's the time that I have had ability to do so.

Q.   Okay.  Give me one second.

          MR. McBURNEY:  Thank you, sir.

          THE COURT:  Any redirect?

                        -- -- --

                   REDIRECT EXAMINATION

BY MR. WAHID:

Q.   Doctor, regarding the questions about al-Maqdisi, you

stated that there was a public statement on Al Jazeera in

November of '05.  In that statement, did he refer to a book

he had written, Waqfat?

A.   Waqfat.

Q.   What does that mean translated?

A.   The book itself is one of the most important books, and

one of the central arguments of Waqfat is about the ideas of

targeting civilians.  I think in this particular sense it

makes the argument that it must be under exceptional

situations and conditions where civilians should be attacked

1  and should be targeted.

2  Q.    And in that Al Jazeera statement, he refers to this book

3  of his; correct?

4  A.    Yes.  And I think the Al Jazeera interview and what he

5  said, he made it very clear that he -- he insinuated if he

6  did not make it very clear that basically what was happening

7  in Iraq does not serve either the interest of the Muslim

8  community or jihad itself.

9  Q.    And the book that he was referring to, Waqfat, was

10  written before he makes the statement; correct?

11  A.    Yes.

12  Q.    And it was published before he makes his statement?

13  A.    Yes.

14  Q.    So that book is already in the public sphere prior to

15  November of '05?

16  A.    Yes.

17  Q.    And that's actually a book he wrote, if you know, did he

18  write that book while he was in jail?

19  A.    I really don't know, but it was written like in the

20  '90s, as I remember.

21  Q.    You were being asked questions about the online

22  discussions amongst the Salafi-Jihadist community.  Have you

23  seen, other than the chats in this case, have you gone to

24  those chat rooms, have you ever seen those discussions

25  yourself?

A.   I don't use them except in very rare situations.

Sometimes my colleagues send me certain -- my assistants, but

that's not really a major tool of research that I use.

Q.   Okay.  You were asked about LeT and how LeT members

participated in places, in Chechnya, Bosnia, Iraq, places

like that.  Does LeT itself as one of its missions have

participation in the conflicts of Chechnya, Bosnia, Iraq?

Is that part of its mission?

A.   Not at all.  In fact, according to Sayyid himself, those

are rogue elements, that basically the movement --

Q.   I'm sorry, what elements?

A.   Rogue elements.

Q.   Rogue.

A.   That is, the strategy of the movement itself is focused

on the Kashmir situation.

Q.   You were asked about Tibyan Publications and why you use

it or why your research assistants use it.  What is it that

it provides?   Is it a translation source for you?

A.   For myself, really that's all I use it for.  I mean,

also because I translate my own materials, but when I need a

particularly long section, I use their translation.  Again

I use my own as well, but just to simplify my owe

translations.

Q.   So this would be material that might be in Arabic or

another language potentially on some other source, some other

website or available some other place, but if you go to the

Tibyan Publications website you get that same material just

translated already into English?

A.   The same materials I think, as I understand, exist on

various websites as well.

Q.   But they also exist on Tibyan Publications?

A.   Yes.

Q.   And when you say you had folks go there and get that

material, how did you then use that material that you got?

A.   Only in terms of translation.

Q.   I mean, the materials you got were some writing by some

particular scholar; correct?

A.   Yeah.  Those scholars have already -- I mean, I read

their works in Arabic.  Take for example --

Q.   Are you using that material, you know, in your teaching,

in your writing?

A.   Mainly in my writing and of course in my teaching

indirectly.  For example, Abdul-Qadir Aziz, I mean, this is

one of the most pivotal, I mean, theoreticians of the

Jihadist Movement, and I have read his books in Arabic.

Q.   Would you consider the material you are getting from

Tibyan Publications to be source material for your scholarly

writings?

A.   Yes.

          MR. WAHID:  Thank you.

1          THE COURT:  All right.  Anything further for

2     Mr. Gerges?

3          MR. McBURNEY:  Nothing from the government.  Thank

4     you, Judge.

5          THE COURT:  All right.  We appreciate you being

6     with us, Mr. Gerges.  You are dismissed, and we may see you

7     back at the trial, I guess.  Thank you for your testimony.

8          Before we take a lunch break, let's decide what

9     else needs to be submitted to me, which I guess depends upon

10    what the government's position is with respect to these

11    opinions.

12         MR. McBURNEY:  Judge, this hearing has been very

13    helpful in fleshing out the opinion that Dr. Gerges will be

14    offering.

15         I suspect that we will not be filing anything in

16    opposition.  There were a couple of areas where it became

17    clearer that reliance on certain materials was partial rather

18    than complete.  I don't think that that's going to cause us

19    to object.  I have a much better understanding now as to the

20    areas where he will be opining.  We will discuss this over

21    the lunch break.

22         And you set the deadlines.  I think the contact

23    with Ms. Birnbaum will be we don't have an objection.  It

24    wouldn't hurt to say if you are going to file something, file

25    it by date and time X.

I suspect the answer will be no filing from the government.  We will need to digest this a little bit, but this was very helpful.

THE COURT:  So I guess I could set the deadline that if you are going to file something, file it by 3:00 this afternoon.

MR. McBURNEY:  You remain in charge, Judge.

THE COURT:  Let me think that over the lunch break too.

I don't think there is that much more to go, but it is twenty till, and I want people, including members of the audience that want to continue to listen to this, to have a chance to get a bite to eat.

So can we break just till -- it's twenty till, can we reconvene, could everybody get what they need to get done and reconvene by 1:30?

MR. SAMUEL:  Before that, Your Honor.  We probably don't have -- you set the schedule, but I doubt we have more than thirty more minutes to deal with this.  We could do it faster than that and eat lunch later, but whatever you want to do is fine with me.

THE COURT:  Well, I'm trying to take a broader approach.  I mean, I would never eat lunch, but I have learned my lesson from my court reporter that that's not an acceptable position to take.

1          MR. McBURNEY:  That's not universal.

2          THE COURT:  What's that?

3          MR. McBURNEY:  The no lunch plan is not universal.

4          THE COURT:  I have been made well aware of that.

5          How about we come back at 1:15?  Then we will be --

6    is that enough?  Well, is that enough, Mr. McBurney?  He just

7    rolled his eyes as if he has got to run off and get more

8    substance than that provides.

9          Let come back at 1:30.  All right.  We will be in

10   recess until 1:30.

11                 (A recess is taken at 12:39 p.m.)

12                      *   *   *   *   *

1                    C E R T I F I C A T E

2

3  UNITED STATES OF AMERICA        :
                                   :
4  NORTHERN DISTRICT OF GEORGIA    :

5

6          I, Nicholas A. Marrone, RMR, CRR, Official Court

7  Reporter of the United States District Court for the Northern

   District of Georgia, do hereby certify that the foregoing 100
8
   pages constitute a true transcript of proceedings had before
9
   the said Court, held in the city of Atlanta, Georgia, in the
10
   matter therein stated.
11
           In testimony whereof, I hereunto set my hand on
12
   this, the 17th day of July, 2009.
13

14

15

16
                        /s/ Nicholas A. Marrone
17                      _____
                        NICHOLAS A. MARRONE, RMR, CRR
18                      Registered Merit Reporter
                        Certified Realtime Reporter
19                      Official Court Reporter
                        Northern District of Georgia
20

21

22

23

24

25