```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

UNITED STATES OF AMERICA          )
                                  )
            Plaintiff,            )   CRIMINAL ACTION FILE
                                  )   NO. 1:06-CR-147-WSD-2
v.                                )
                                  )   ATLANTA, GEORGIA
EHSANUL ISLAM SADEQUEE (2)        )
                                  )
            Defendants.           )
_____)
```

                    TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE WILLIAM S. DUFFEY, JR.,
           UNITED STATES DISTRICT JUDGE, AND A JURY

                             VOLUME 7
                    Wednesday, August 12, 2009

APPEARANCES OF COUNSEL:

For the Plaintiff:         OFFICE OF THE U.S. ATTORNEY
                           (By:  David E. Nahmias
                                 Robert C. McBurney
                                 Christopher Bly)

                           U.S. DEPARTMENT OF JUSTICE
                           (By:  Alexis L. Collins)

For the Defendant:         Ehsanul Islam Sadequee, *Pro Se*

Standby Counsel:           GARLAND SAMUEL & LOEB
                           (By:  Donald Franklin Samuel
                                 Amanda Clark Palmer)

                                 Khurrum B. Wahid

        *Proceedings recorded by mechanical stenography*
           *and computer-aided transcript produced by*
               NICHOLAS A. MARRONE, RMR, CRR
                    1714 U. S. Courthouse
                    75 Spring Street, S.W.
                      Atlanta, GA  30303
                        (404) 215-1486

I N D E X

*Page*

*Verdict* *1478*

```
1                    Wednesday Morning Session
2                        August 12, 2009
3                          11:07 a.m.
4                          -- -- --
5                      P R O C E E D I N G S
6                          -- -- --
7          (In open court without a jury present:)
8          THE COURT:  All right I understand that the jury
9    has a verdict.
10         Is there anything that we need to do before we
11   receive the verdict?
12         MR. McBURNEY:  No, sir.
13         THE COURT:  Mr. Sadequee?
14         MR. SADEQUEE:  No.
15         THE COURT:  All right.  Let's bring the jurors in,
16   please.
17         (In open court with a jury present:)
18         THE COURT:  Good morning, ladies and gentlemen.
19         Mr. Meyer, I understand that the jury has reached a
20   verdict; is that correct?
21         JURY FOREPERSON MEYER:  Yes, sir.
22         THE COURT:  And was the verdict unanimous?
23         JURY FOREPERSON MEYER:  Yes, sir.
24         THE COURT:  If you would please hand the verdict
25   form to the Court Security Officer?
```

 1         All right. I find the verdict form to be properly
 2  executed and properly signed.
 3         Each of you, please listen to the verdict as it's
 4  read to make sure that it was the verdict that you reached
 5  during your deliberations.
 6         Jessica, would you please publish the verdict?
 7         THE CLERK: In the matter of the United States of
 8  America v. Ehsanul Islam Sadequee, Criminal Action
 9  No. 1:06-CR-147:
10              Count One, conspiracy to provide material
11         support to terrorists. As to Count One of the
12         indictment, we, the jury, unanimously find the
13         defendant guilty.
14              Count Two, providing and attempting to provide
15         material support to terrorists. As to Count Two of
16         the indictment, we, the jury, unanimously find the
17         defendant guilty.
18              Count Three, conspiracy to provide material
19         support to a designated foreign terrorist
20         organization. As to Count Three of the indictment,
21         we, the jury, unanimously find the defendant
22         guilty.
23              Count Four, attempting to provide material
24         support to a designated foreign terrorist
25         organization. As to Count Four of the indictment,

```
 1              we, the jury, unanimously find the defendant
 2              guilty.
 3                   So say we all this 12th day of August 2009,
 4              signed Foreperson Fred P. Meyer, Jr.
 5              THE COURT:  All right.  Does anybody wish to have
 6   the jury polled?
 7              MR. SADEQUEE:  Yes.
 8              THE CLERK:  Ladies and gentlemen, as I call your
 9   name, please stand and I will ask you three questions.  You
10   should answer yes or no after each question.
11              Fred Meyer, was the verdict as published your
12   verdict in the jury room?
13              JURY FOREPERSON MEYER:  Yes.
14              THE CLERK:  Is it still your verdict?
15              JURY FOREPERSON MEYER:  Yes.
16              THE CLERK:  Was the verdict freely and voluntarily
17   entered into by you?
18              JURY FOREPERSON MEYER:  Yes.
19              THE CLERK:  Keenan Jones, was the verdict as
20   published your verdict in the jury room?
21              JUROR JONES:  Yes.
22              THE CLERK:  Is it still your verdict?
23              JUROR JONES:  Yes, it is.
24              THE CLERK:  Was the verdict freely and voluntarily
25   entered into by you?
```

```
1                JUROR JONES:  Yes.
2                THE CLERK:  Robert Barber, was the verdict as
3    published your verdict in the jury room?
4                JUROR BARBER:  Yes.
5                THE CLERK:  Is it still your verdict?
6                JUROR BARBER:  Yes.
7                THE CLERK:  Was the verdict freely and voluntarily
8    entered into by you?
9                JUROR BARBER:  Yes.
10               THE CLERK:  Jenny Simmons, was the verdict as
11   published your verdict in the jury room?
12               JUROR SIMMONS:  Yes.
13               THE CLERK:  Is it still your verdict?
14               JUROR SIMMONS:  Yes.
15               THE CLERK:  What the verdict freely and voluntarily
16   entered into by you?
17               JUROR SIMMONS:  Yes.
18               THE CLERK:  James Madden, was the verdict as
19   published your verdict in the jury room?
20               JUROR MADDEN:  Yes.
21               THE CLERK:  Is it still your verdict?
22               JUROR MADDEN:  Yes.
23               THE CLERK:  Was the verdict freely and voluntarily
24   entered into by you?
25               JUROR MADDEN:  Yes.
```

```
1          THE CLERK:  Ervin McMullen, was the verdict as
2   published your verdict in the jury room?
3          JUROR McMULLEN:  Yes, it was.
4          THE CLERK:  Is it still your verdict?
5          JUROR McMULLEN:  Yes, it is.
6          THE CLERK:  Was the verdict freely and voluntarily
7   entered into by you?
8          JUROR McMULLEN:  Yes, it was.
9          THE CLERK:  Phyllis Smith, was the verdict as
10  published your verdict in the jury room?
11         JUROR SMITH:  Yes.
12         THE CLERK:  Is it still your verdict?
13         JUROR SMITH:  Yes.
14         THE CLERK:  Was the verdict freely and voluntarily
15  entered into by you?
16         JUROR SMITH:  Yes.
17         THE CLERK:  Robert Cabe, was the verdict as
18  published your verdict in the jury room?
19         JUROR CABE:  Yes.
20         THE CLERK:  Is it still your verdict?
21         JUROR CABE:  Yes.
22         THE CLERK:  Was the verdict freely and voluntarily
23  entered into by you?
24         JUROR CABE:  Yes.
25         THE CLERK:  Don Reese, was the verdict as published
```

1  your verdict in the jury room?
2          JUROR REESE:  Yes.
3          THE CLERK:  Is it still your verdict?
4          JUROR REESE:  Yes.
5          THE CLERK:  Was the verdict freely and voluntarily
6  entered into by you?
7          JUROR REESE:  Yes.
8          THE CLERK:  Cordell Wooden, was the verdict as
9  published your verdict in the jury room?
10         JUROR WOODEN:  Yes.
11         THE CLERK:  Is it still your verdict?
12         JUROR WOODEN:  Yes.
13         THE CLERK:  Was the verdict freely and voluntarily
14 entered into by you?
15         JUROR WOODEN:  Yes.
16         THE CLERK:  Douglas Hine, was the verdict as
17 published your verdict in the jury room?
18         JUROR HINE:  Yes.
19         THE CLERK:  Is it still your verdict?
20         JUROR HINE:  Yes.
21         THE CLERK:  Was the verdict freely and voluntarily
22 entered into by you?
23         JUROR HINE:  Yes.
24         THE CLERK:  Tara Spann, was the verdict as
25 published your verdict in the jury room?

1          JUROR SPANN: Yes.

2          THE CLERK: Is it still your verdict?

3          JUROR SPANN: Yes.

4          THE CLERK: Was the verdict freely and voluntarily

5  entered into by you?

6          JUROR SPANN: Yes.

7          THE COURT: The polling indicates that the verdict

8  was freely entered -- freely entered into by all jurors and

9  that it was unanimous.

10          I'm directing the Court to file and record the

11  verdict.

12          Ladies and gentlemen, that concludes your

13  service. On behalf of the Court and on behalf of your

14  country, I appreciate very much your service to the system in

15  this particular case.

16          It is my practice, if you are willing -- I know

17  it's been a long number of days for you, but I do like to

18  come back and thank you personally. If you will allow me

19  to do that after you retire, I will do that in the jury

20  room.

21          I have got a couple of very short matters I need to

22  deal with with the parties before I conclude the proceeding.

23  But if you don't mind waiting just a few minutes, I would

24  like to come back and thank you myself.

25          All right. You may return to the jury room.

```
 1              (In open court without a jury present:)
 2              THE COURT:  All right.  Jessica, would you please
 3    set a date for sentencing?
 4              THE CLERK:  Thursday, October 15, 2009, at
 5    9:30 a.m.
 6              THE COURT:  Let me note that the defendant has
 7    refused to sign notice of his sentencing.
 8              I note that I personally have advised you and
 9    the Court has advised you as to the date of your
10    sentencing, and the record should reflect that you were told
11    and advised, but that you refused to sign the notice of your
12    sentencing.
13              Is there anything else we need to consider?
14              Motions will be due in accordance with the Federal
15    Rules of Criminal Procedure to the extent that anybody wants
16    to file posttrial motions.
17              You recall after the Ahmed case that I made special
18    findings in that case and that I had those filed under seal
19    until the conclusion of this case.  This case having been
20    concluded, I will unseal my special findings, and they will
21    be docketed today.
22              All right.  Is there anything else, Mr. McBurney?
23              MR. McBURNEY:  No, sir.  Thank you.
24              THE COURT:  Anything else, Mr. Sadequee?
25              MR. SADEQUEE:  No.
```

1  THE COURT: All right. Then we will be in
2  recess.
3         (Proceedings adjourn at 11:16 a.m.)

C E R T I F I C A T E

UNITED STATES OF AMERICA :
:
NORTHERN DISTRICT OF GEORGIA :

    I, Nicholas A. Marrone, RMR, CRR, Official Court Reporter of the United States District Court for the Northern District of Georgia, do hereby certify that the foregoing 12 pages constitute a true transcript of proceedings had before the said Court, held in the city of Atlanta, Georgia, in the matter therein stated.

    In testimony whereof, I hereunto set my hand on this, the 1st day of September, 2009.

*/s/ Nicholas A. Marrone*
_____
NICHOLAS A. MARRONE, RMR, CRR
Registered Merit Reporter
Certified Realtime Reporter
Official Court Reporter
Northern District of Georgia