UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

-vs-

Case No. 1:06-cr-147-02-WSD

EHSANUL ISLAM SADEQUEE

Defendant's Attorney:
Don Samuel, Khurrum Wahid

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant was found guilty by jury on Counts One through Four of the Third Superseding Indictment.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
| --- | --- | --- |
| 18 U.S.C. §§ 2339A(a), 956 and 2332b | Conspiracy to Provide Material Support to Terrorists | 1 |
| 18 U.S.C. §§ 2339A(a) and 2, 956 and 2332b | Providing and Attempting to Provide Material Support to Terrorists | 2 |
| 18 U.S.C. §§ 2339B(a)(1) | Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization | 3 |
| 18 U.S.C. 2339B(a)(1) and 2 | Attempting to Provide Material Support to a Designated Foreign Terrorist Organization | 4 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of $ 400.00 which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.      XXX-XX-1925           Date of Imposition of Sentence: 12/14/2009
Defendant's Date of Birth:     1986
Defendant's Mailing Address:
Atlanta, Georgia

Signed this the 15th day of December, 2009.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

1:06-cr-147-02-WSD : EHSANUL ISLAM SADEQUEE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **fifteen (15) years on Counts One, Two and Four, to run concurrently, and two (2) years on Count Three to run consecutively to Counts One, Two and Four, for a total of seventeen (17) years**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

1:06-cr-147-02-WSD : EHSANUL ISLAM SADEQUEE
## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **thirty (30) years on Counts 1-4 to run concurrently**.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard and special conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device as defined in 18 U.S.C. § 921.

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on supervised release and at least two periodic drug tests thereafter as directed by the probation officer.

The defendant shall cooperate with DNA collection at the direction of the probation officer.

The defendant shall submit to a search and seizure of his person or property at the direction of the probation officer.

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documents, at the request of the probation officer.

The defendant shall not incur new credit or open additional lines of credit without the approval of the probation officer.

The defendant shall not possess or use any device of any kind, including but not limited to a computer, Blackberry, i-Phone, internet-enabled television or other device capable of accessing the internet. The defendant may possess one computer, provided that computer is disabled from accessing the internet. The defendant shall provide to his probation officer all passwords and other information necessary to access the defendant's computer. The defendant shall identify to his probation officer the model, location, owner and serial number of the single computer that the defendant is allowed to possess and the defendant shall allow the probation officer to search the computer and any data or other information on it, at the request of the probation officer. If the defendant seeks to replace the computer he is allowed to have, the defendant shall first request permission to do so from his probation officer and he shall comply with all the requirements of this paragraph in using the replacement computer.

1:06-cr-147-02-WSD : EHSANUL ISLAM SADEQUEE

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer within **72** hours of any change in residence or employment;

7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within **72** hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.