IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:06-CR-00147-ELR-2 |
| | * | |
| EHSANUL ISLAM SADEQUEE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**O R D E R**
_____

This matter is before the Court for consideration of Defendant's motion to reconsider Defendant's motion to modify conditions of release [Doc. 679], which the Court denied on September 3, 2021. [Doc. 678].

On August 3, 2009, Defendant entered a not guilty plea to conspiracy to provide material support to terrorists, providing and attempting to provide material support to terrorist, conspiracy to provide material support to a designated foreign terrorist organization, and attempting to provide material support to a designated foreign terrorist organization. [Doc. 574].  On December 14, 2009, Defendant was sentenced to seventeen (17) years of imprisonment, followed by thirty (30) years of supervised released, following a jury trial. [Doc. 622].

Defendant now petitions the Court to reconsider its previous ruling citing a need to access the Internet for two purposes: fulfilling education requirements and employment. Upon consideration, Defendant's motion to reconsider [Doc. 679] is **GRANTED** and Defendant's conditions of supervised release are **MODIFIED** to include the following:

1. Defendant shall be permitted to use a computer/phone at his residence, as well as employment, if said computer/phone is approved by the probation officer. The computer/phone shall be monitored by an approved monitoring company and the Defendant shall be responsible for paying the cost of said monitoring.

2. Pursuant to 18 § U.S.C. 3583(d) the Defendant shall submit his person, and any property, house, residence, vehicle, papers, computer and other electronic communication or data storage devices or media, and effects, to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition or probation or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision function.

3. The defendant shall permit confiscation and/or disposal of any material contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

All other conditions of supervision are to remain the same.

**SO ORDERED**, this 17th day of October, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia